**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| |
|---|
| JOHN R. SKEELS, Individually and on behalf of all others similarly situated, |
| Plaintiff, |
| v. |
| PIEDMONT LITHIUM INC., KEITH D. PHILLIPS, BRUCE CZACHOR, and GREGORY SWAN, |
| Defendants. |

Case No.: 1:21-cv-04161-LDH

Hon. LaShann DeArcy Hall

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF ANTHONY AND DONNA LAFORGIA'S MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movants Anthony and Donna LaForgia ("Movants") and proposed Lead Counsel for the Class.

2.     I submit this Declaration, together with the attached exhibits, in support of Movants' motion for appointment as Co-Lead Plaintiffs and approval of their selection of Levi & Korsinsky as Lead Counsel for the Class.

3.     Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:   PSLRA Certifications signed by Movants attesting to their transactions of Piedmont Lithium Inc. f/k/a/ Piedmont Lithium Limited ("Piedmont" or the "Company") securities;

**Exhibit B**:   Loss Charts reflecting the losses incurred by Movants as a result of their transactions in Piedmont securities;

**Exhibit C**:    Press Release published July 23, 2021, on *Business Wire,* announcing the

pendency of the securities class action against defendants herein: *Skeels v.*

*Piedmont Lithium Inc., et. al.,* Case No. 1:21-cv-04161-LDH;

**Exhibit D**:    Movants' Declaration in support of their motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: September 20, 2021                            Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Lead Counsel for Anthony and Donna*
*LaForgia and [Proposed] Lead Counsel for*
*the Class*