# EXHIBIT B

| Client Name | Anthony LaForgia |
|---|---|
| Company Name | Piedmont Lithium Inc. f/k/a/ Piedmont Lithium Limited |
| Ticker Symbol | PLL |
| Security Type | |
| Class Period Start | 03-16-2018 |
| Class Period End | 07-19-2021 |
| 90-DAY Lookback Period Start | 07-20-2021 |
| 90-DAY Lookback Period End | 09-19-2021 |
| 90-DAY Lookback Average | $ 56.06 |
| Pre Class Period Holdings | 0 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $9,152.13 |

### Anthony LaForgia - Account 1

| | Purchases | | | | Sales | | | | | Retained | | | | Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Settlement Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO |
| 03-05-2021 | 440 | 85.335 | $ 37,547.40 | 03-08-2021 | 440 | | $ 64.53 | $ 28,395.27 | - | - | - | $ 56.06 | | $ 9,152.13 |
| **Total:** | **440** | | **$37,547.40** | | **440** | | | **$28,395.27** | | | | | | **$9,152.13** |

| Client Name | Anthony LaForgia |
|---|---|
| Company Name | Piedmont Lithium Inc. f/k/a/ Piedmont Lithium Limited |
| Ticker Symbol | PLL |
| Security Type | |
| Class Period Start | 03-16-2018 |
| Class Period End | 07-19-2021 |
| 90-DAY Lookback Period Start | 07-20-2021 |
| 90-DAY Lookback Period End | 09-19-2021 |
| 90-DAY Lookback Average | $ 56.06 |
| Pre Class Period Holdings | 0 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $129,809.13 |

### Anthony LaForgia - Account 2

| | Purchases | | | | Sales | | | | | Retained | | | | Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Settlement Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO |
| 03-05-2021 | 57 | 85.646 | $ 4,881.82 | 03-08-2021 | 57 | | $ 63.22 | $ 3,603.54 | - | - | - | $ 56.06 | | $ 1,278.28 |
| 03-05-2021 | 42 | 85.646 | $ 3,597.13 | 03-08-2021 | 42 | | $ 63.35 | $ 2,660.70 | - | - | - | $ 56.06 | | $ 936.43 |
| 03-05-2021 | 94 | 85.53 | $ 8,039.82 | 03-08-2021 | 94 | | $ 63.25 | $ 5,945.50 | - | - | - | $ 56.06 | | $ 2,094.32 |
| 03-05-2021 | 6 | 85.53 | $ 513.18 | 03-08-2021 | 6 | | $ 63.22 | $ 379.32 | - | - | - | $ 56.06 | | $ 133.86 |
| 03-05-2021 | 94 | 85.56 | $ 8,042.64 | 03-08-2021 | 94 | | $ 63.40 | $ 5,959.60 | - | - | - | $ 56.06 | | $ 2,083.04 |
| 03-05-2021 | 6 | 85.56 | $ 513.36 | 03-08-2021 | 6 | | $ 63.25 | $ 379.50 | - | - | - | $ 56.06 | | $ 133.86 |
| 03-05-2021 | 94 | 85.57 | $ 8,043.58 | 03-08-2021 | 94 | | $ 63.45 | $ 5,964.30 | - | - | - | $ 56.06 | | $ 2,079.28 |
| 03-05-2021 | 6 | 85.57 | $ 513.42 | 03-08-2021 | 6 | | $ 63.40 | $ 380.40 | - | - | - | $ 56.06 | | $ 133.02 |
| 03-05-2021 | 94 | 85.64 | $ 8,050.16 | 03-08-2021 | 94 | | $ 63.48 | $ 5,967.12 | - | - | - | $ 56.06 | | $ 2,083.04 |
| 03-05-2021 | 6 | 85.64 | $ 513.84 | 03-08-2021 | 6 | | $ 63.45 | $ 380.70 | - | - | - | $ 56.06 | | $ 133.14 |
| 03-05-2021 | 94 | 85.68 | $ 8,053.92 | 03-08-2021 | 94 | | $ 63.75 | $ 5,992.50 | - | - | - | $ 56.06 | | $ 2,061.42 |
| 03-05-2021 | 100 | 85.68 | $ 8,568.00 | 03-08-2021 | 100 | | $ 63.49 | $ 6,349.00 | - | - | - | $ 56.06 | | $ 2,219.00 |
| 03-05-2021 | 6 | 85.68 | $ 514.08 | 03-08-2021 | 6 | | $ 63.48 | $ 380.88 | - | - | - | $ 56.06 | | $ 133.20 |
| 03-05-2021 | 94 | 85.6 | $ 8,046.40 | 03-08-2021 | 94 | | $ 63.99 | $ 6,015.06 | - | - | - | $ 56.06 | | $ 2,031.34 |
| 03-05-2021 | 100 | 85.6 | $ 8,560.00 | 03-08-2021 | 100 | | $ 64.09 | $ 6,409.00 | - | - | - | $ 56.06 | | $ 2,151.00 |
| 03-05-2021 | 100 | 85.6 | $ 8,560.00 | 03-08-2021 | 100 | | $ 64.06 | $ 6,406.00 | - | - | - | $ 56.06 | | $ 2,154.00 |
| 03-05-2021 | 6 | 85.6 | $ 513.60 | 03-08-2021 | 6 | | $ 63.75 | $ 382.50 | - | - | - | $ 56.06 | | $ 131.10 |
| 03-05-2021 | 890 | 85.69 | $ 76,264.10 | 03-08-2021 | 890 | | $ 64.01 | $ 56,968.90 | - | - | - | $ 56.06 | | $ 19,295.20 |
| 03-05-2021 | 800 | 85.69 | $ 68,552.00 | 03-08-2021 | 800 | | $ 63.77 | $ 51,016.00 | - | - | - | $ 56.06 | | $ 17,536.00 |
| 03-05-2021 | 800 | 85.69 | $ 68,552.00 | 03-08-2021 | 800 | | $ 63.47 | $ 50,776.00 | - | - | - | $ 56.06 | | $ 17,776.00 |
| 03-05-2021 | 500 | 85.69 | $ 42,845.00 | 03-08-2021 | 500 | | $ 64.00 | $ 32,000.00 | - | - | - | $ 56.06 | | $ 10,845.00 |
| 03-05-2021 | 466 | 85.69 | $ 39,931.54 | 03-08-2021 | 466 | | $ 63.24 | $ 29,469.84 | - | - | - | $ 56.06 | | $ 10,461.70 |
| 03-05-2021 | 400 | 85.69 | $ 34,276.00 | 03-08-2021 | 400 | | $ 63.23 | $ 25,292.00 | - | - | - | $ 56.06 | | $ 8,984.00 |
| 03-05-2021 | 319 | 85.69 | $ 27,335.11 | 03-08-2021 | 319 | | $ 63.39 | $ 20,221.41 | - | - | - | $ 56.06 | | $ 7,113.70 |
| 03-05-2021 | 300 | 85.69 | $ 25,707.00 | 03-08-2021 | 300 | | $ 63.76 | $ 19,128.00 | - | - | - | $ 56.06 | | $ 6,579.00 |
| 03-05-2021 | 200 | 85.69 | $ 17,138.00 | 03-08-2021 | 200 | | $ 63.48 | $ 12,696.00 | - | - | - | $ 56.06 | | $ 4,442.00 |
| 03-05-2021 | 200 | 85.69 | $ 17,138.00 | 03-08-2021 | 200 | | $ 63.39 | $ 12,678.00 | - | - | - | $ 56.06 | | $ 4,460.00 |

| 03-05-2021 | 16 | 85.69 | $ 1,371.04 | 03-08-2021 | 16 | | $ 63.99 | $ 1,023.84 | | | | $ 56.06 | | $ 347.20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total:** | **5,890** | | **$504,634.74** | | **5,890** | | | **$374,825.61** | | | | | | **$129,809.13** |

| Client Name | Anthony LaForgia |
|---|---|
| **Company Name** | Piedmont Lithium Inc. f/k/a/ Piedmont Lithium Limited |
| **Ticker Symbol** | PLL |
| **Security Type** | |
| **Class Period Start** | 03-16-2018 |
| **Class Period End** | 07-19-2021 |
| **90-DAY Lookback Period Start** | 07-20-2021 |
| **90-DAY Lookback Period End** | 09-19-2021 |
| **90-DAY Lookback Average** | $ 56.06 |
| **Pre Class Period Holdings** | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $188,345.58 |

**Anthony LaForgia - Account 3**

| Purchases | | | | Sales | | | | | | Retained | | | | Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Settlement Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO |
| 03-05-2021 | 8 | 84.968 | $ 679.74 | 03-08-2021 | 8 | | $ 65.10 | $ 520.80 | - | - | - | $ 56.06 | | $ 158.94 |
| 03-05-2021 | 21 | 84.968 | $ 1,784.33 | 03-08-2021 | 21 | | $ 65.45 | $ 1,374.45 | - | - | - | $ 56.06 | | $ 409.88 |
| 03-05-2021 | 10 | 84.968 | $ 849.68 | 03-08-2021 | 10 | | $ 65.20 | $ 652.00 | - | - | - | $ 56.06 | | $ 197.68 |
| 03-05-2021 | 1 | 84.968 | $ 84.97 | 03-08-2021 | 1 | | $ 66.02 | $ 66.02 | - | - | - | $ 56.06 | | $ 18.95 |
| 03-05-2021 | 14 | 84.69 | $ 1,185.66 | 03-08-2021 | 14 | | $ 65.17 | $ 912.38 | - | - | - | $ 56.06 | | $ 273.28 |
| 03-05-2021 | 36 | 84.69 | $ 3,048.84 | 03-08-2021 | 36 | | $ 65.10 | $ 2,343.60 | - | - | - | $ 56.06 | | $ 705.24 |
| 03-05-2021 | 50 | 84.71 | $ 4,235.50 | 03-08-2021 | 50 | | $ 65.17 | $ 3,258.50 | - | - | - | $ 56.06 | | $ 977.00 |
| 03-05-2021 | 14 | 84.74 | $ 1,186.36 | 03-08-2021 | 14 | | $ 65.60 | $ 918.40 | - | - | - | $ 56.06 | | $ 267.96 |
| 03-05-2021 | 36 | 84.74 | $ 3,050.64 | 03-08-2021 | 36 | | $ 65.17 | $ 2,346.12 | - | - | - | $ 56.06 | | $ 704.52 |
| 03-05-2021 | 50 | 84.918 | $ 4,245.90 | 03-08-2021 | 50 | | $ 65.60 | $ 3,280.00 | - | - | - | $ 56.06 | | $ 965.90 |
| 03-05-2021 | 64 | 84.67 | $ 5,418.88 | 03-08-2021 | 64 | | $ 66.01 | $ 4,224.64 | - | - | - | $ 56.06 | | $ 1,194.24 |
| 03-05-2021 | 36 | 84.67 | $ 3,048.12 | 03-08-2021 | 36 | | $ 65.60 | $ 2,361.60 | - | - | - | $ 56.06 | | $ 686.52 |
| 03-05-2021 | 64 | 84.72 | $ 5,422.08 | 03-08-2021 | 64 | | $ 65.15 | $ 4,169.60 | - | - | - | $ 56.06 | | $ 1,252.48 |
| 03-05-2021 | 36 | 84.72 | $ 3,049.92 | 03-08-2021 | 36 | | $ 66.01 | $ 2,376.36 | - | - | - | $ 56.06 | | $ 673.56 |
| 03-05-2021 | 37 | 84.83 | $ 3,138.71 | 03-08-2021 | 37 | | $ 65.25 | $ 2,414.25 | - | - | - | $ 56.06 | | $ 724.46 |
| 03-05-2021 | 63 | 84.83 | $ 5,344.29 | 03-08-2021 | 63 | | $ 65.15 | $ 4,104.45 | - | - | - | $ 56.06 | | $ 1,239.84 |
| 03-05-2021 | 100 | 84.89 | $ 8,489.00 | 03-08-2021 | 100 | | $ 65.25 | $ 6,525.00 | - | - | - | $ 56.06 | | $ 1,964.00 |
| 03-05-2021 | 85 | 84.934 | $ 7,219.39 | 03-08-2021 | 85 | | $ 65.07 | $ 5,530.95 | - | - | - | $ 56.06 | | $ 1,688.44 |
| 03-05-2021 | 15 | 84.934 | $ 1,274.01 | 03-08-2021 | 15 | | $ 65.25 | $ 978.75 | - | - | - | $ 56.06 | | $ 295.26 |
| 03-05-2021 | 100 | 84.96 | $ 8,496.00 | 03-08-2021 | 100 | | $ 65.07 | $ 6,507.00 | - | - | - | $ 56.06 | | $ 1,989.00 |
| 03-05-2021 | 85 | 84.962 | $ 7,221.77 | 03-08-2021 | 85 | | $ 65.23 | $ 5,544.55 | - | - | - | $ 56.06 | | $ 1,677.22 |
| 03-05-2021 | 15 | 84.962 | $ 1,274.43 | 03-08-2021 | 15 | | $ 65.07 | $ 976.05 | - | - | - | $ 56.06 | | $ 298.38 |
| 03-05-2021 | 25 | 84.92 | $ 2,123.00 | 03-08-2021 | 25 | | $ 65.28 | $ 1,632.00 | - | - | - | $ 56.06 | | $ 491.00 |
| 03-05-2021 | 115 | 84.92 | $ 9,765.80 | 03-08-2021 | 115 | | $ 65.23 | $ 7,501.45 | - | - | - | $ 56.06 | | $ 2,264.35 |
| 03-05-2021 | 150 | 84.97 | $ 12,745.50 | 03-08-2021 | 150 | | $ 65.28 | $ 9,792.00 | - | - | - | $ 56.06 | | $ 2,953.50 |
| 03-05-2021 | 175 | 84.81 | $ 14,841.75 | 03-08-2021 | 175 | | $ 65.29 | $ 11,425.75 | - | - | - | $ 56.06 | | $ 3,416.00 |
| 03-05-2021 | 25 | 84.81 | $ 2,120.25 | 03-08-2021 | 25 | | $ 65.28 | $ 1,632.00 | - | - | - | $ 56.06 | | $ 488.25 |
| 03-05-2021 | 197 | 84.98 | $ 16,741.06 | 03-08-2021 | 197 | | $ 66.07 | $ 13,015.79 | - | - | - | $ 56.06 | | $ 3,725.27 |
| 03-05-2021 | 200 | 84.98 | $ 16,996.00 | 03-08-2021 | 200 | | $ 65.32 | $ 13,064.00 | - | - | - | $ 56.06 | | $ 3,932.00 |
| 03-05-2021 | 25 | 84.98 | $ 2,124.50 | 03-08-2021 | 25 | | $ 65.29 | $ 1,632.25 | - | - | - | $ 56.06 | | $ 492.25 |
| 03-05-2021 | 183 | 84.99 | $ 15,553.17 | 03-08-2021 | 183 | | $ 66.06 | $ 12,088.98 | - | - | - | $ 56.06 | | $ 3,464.19 |
| 03-05-2021 | 238 | 84.99 | $ 20,227.62 | 03-08-2021 | 238 | | $ 65.13 | $ 15,500.94 | - | - | - | $ 56.06 | | $ 4,726.68 |
| 03-05-2021 | 3 | 84.99 | $ 254.97 | 03-08-2021 | 3 | | $ 66.07 | $ 198.21 | - | - | - | $ 56.06 | | $ 56.76 |
| 03-05-2021 | 360 | 84.625 | $ 30,465.00 | 03-08-2021 | 360 | | $ 65.31 | $ 23,511.60 | - | - | - | $ 56.06 | | $ 6,953.40 |
| 03-05-2021 | 91 | 84.625 | $ 7,700.88 | 03-08-2021 | 91 | | $ 66.06 | $ 6,011.46 | - | - | - | $ 56.06 | | $ 1,689.42 |
| 03-05-2021 | 460 | 84.9 | $ 39,054.00 | 03-08-2021 | 460 | | $ 65.57 | $ 30,162.20 | - | - | - | $ 56.06 | | $ 8,891.80 |
| 03-05-2021 | 40 | 84.9 | $ 3,396.00 | 03-08-2021 | 40 | | $ 65.31 | $ 2,612.40 | - | - | - | $ 56.06 | | $ 783.60 |
| 03-05-2021 | 451 | 84.62 | $ 38,163.62 | 03-08-2021 | 451 | | $ 65.50 | $ 29,540.50 | - | - | - | $ 56.06 | | $ 8,623.12 |
| 03-05-2021 | 512 | 84.62 | $ 43,325.44 | 03-08-2021 | 512 | | $ 65.30 | $ 33,433.60 | - | - | - | $ 56.06 | | $ 9,891.84 |
| 03-05-2021 | 37 | 84.62 | $ 3,130.94 | 03-08-2021 | 37 | | $ 65.57 | $ 2,426.09 | - | - | - | $ 56.06 | | $ 704.85 |
| 03-05-2021 | 2708 | 84.8869 | $ 229,873.73 | 03-08-2021 | 2708 | | $ 65.06 | $ 176,182.48 | - | - | - | $ 56.06 | | $ 53,691.25 |
| 03-05-2021 | 1600 | 84.8869 | $ 135,819.04 | 03-08-2021 | 1600 | | $ 65.56 | $ 104,896.00 | - | - | - | $ 56.06 | | $ 30,923.04 |
| 03-05-2021 | 833 | 84.8869 | $ 70,710.79 | 03-08-2021 | 833 | | $ 66.00 | $ 54,978.00 | - | - | - | $ 56.06 | | $ 15,732.79 |
| 03-05-2021 | 314 | 84.8869 | $ 26,654.49 | 03-08-2021 | 314 | | $ 65.50 | $ 20,567.00 | - | - | - | $ 56.06 | | $ 6,087.49 |
| **Total:** | **9,682** | | **$821,535.75** | | **9,682** | | | **$633,190.17** | | | | | | **$188,345.58** |

| Client Name | Donna LaForgia |
| --- | --- |
| Company Name | Piedmont Lithium Inc. f/k/a/ Piedmont Lithium Limited |
| Ticker Symbol | PLL |
| Security Type | |
| Class Period Start | 03-16-2018 |
| Class Period End | 07-19-2021 |
| 90-DAY Lookback Period Start | 07-20-2021 |
| 90-DAY Lookback Period End | 09-19-2021 |
| 90-DAY Lookback Average | $ 56.06 |
| Pre Class Period Holdings | 0 |

**SUMMARY OF FINANCIAL INTEREST**

| LIFO Loss Total | $145,188.91 |
| --- | --- |

**Donna LaForgia - Account 1**

| | Purchases | | | | Sales | | | | | Retained | | | | Losses |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Settlement Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO |
| 03-05-2021 | 28 | 85.655 | $ 2,398.34 | 03-08-2021 | 28 | | $ 62.94 | $ 1,762.32 | - | - | - | $ 56.06 | | $ 636.02 |
| 03-05-2021 | 14 | 85.655 | $ 1,199.17 | 03-08-2021 | 14 | | $ 63.24 | $ 885.36 | - | - | - | $ 56.06 | | $ 313.81 |
| 03-05-2021 | 5 | 85.655 | $ 428.28 | 03-08-2021 | 5 | | $ 63.30 | $ 316.50 | - | - | - | $ 56.06 | | $ 111.78 |
| 03-05-2021 | 2 | 85.655 | $ 171.31 | 03-08-2021 | 2 | | $ 63.09 | $ 126.18 | - | - | - | $ 56.06 | | $ 45.13 |
| 03-05-2021 | 1 | 85.655 | $ 85.66 | 03-08-2021 | 1 | | $ 63.17 | $ 63.17 | - | - | - | $ 56.06 | | $ 22.49 |
| 03-05-2021 | 47 | 85.85 | $ 4,034.95 | 03-08-2021 | 47 | | $ 63.66 | $ 2,992.02 | - | - | - | $ 56.06 | | $ 1,042.93 |
| 03-05-2021 | 3 | 85.85 | $ 257.55 | 03-08-2021 | 3 | | $ 62.94 | $ 188.82 | - | - | - | $ 56.06 | | $ 68.73 |
| 03-05-2021 | 37 | 85.89 | $ 3,177.93 | 03-08-2021 | 37 | | $ 63.01 | $ 2,331.37 | - | - | - | $ 56.06 | | $ 846.56 |
| 03-05-2021 | 13 | 85.89 | $ 1,116.57 | 03-08-2021 | 13 | | $ 63.66 | $ 827.58 | - | - | - | $ 56.06 | | $ 288.99 |
| 03-05-2021 | 50 | 85.9 | $ 4,295.00 | 03-08-2021 | 50 | | $ 63.01 | $ 3,150.50 | - | - | - | $ 56.06 | | $ 1,144.50 |
| 03-05-2021 | 85 | 86.04 | $ 7,313.40 | 03-08-2021 | 85 | | $ 63.11 | $ 5,364.35 | - | - | - | $ 56.06 | | $ 1,949.05 |
| 03-05-2021 | 13 | 86.04 | $ 1,118.52 | 03-08-2021 | 13 | | $ 63.01 | $ 819.13 | - | - | - | $ 56.06 | | $ 299.39 |
| 03-05-2021 | 85 | 85.69 | $ 7,283.65 | 03-08-2021 | 85 | | $ 63.21 | $ 5,372.85 | - | - | - | $ 56.06 | | $ 1,910.80 |
| 03-05-2021 | 15 | 85.69 | $ 1,285.35 | 03-08-2021 | 15 | | $ 63.11 | $ 946.65 | - | - | - | $ 56.06 | | $ 338.70 |
| 03-05-2021 | 85 | 85.86 | $ 7,298.10 | 03-08-2021 | 85 | | $ 63.41 | $ 5,389.85 | - | - | - | $ 56.06 | | $ 1,908.25 |
| 03-05-2021 | 15 | 85.86 | $ 1,287.90 | 03-08-2021 | 15 | | $ 63.21 | $ 948.15 | - | - | - | $ 56.06 | | $ 339.75 |
| 03-05-2021 | 85 | 85.91 | $ 7,302.35 | 03-08-2021 | 85 | | $ 63.19 | $ 5,371.15 | - | - | - | $ 56.06 | | $ 1,931.20 |
| 03-05-2021 | 15 | 85.91 | $ 1,288.65 | 03-08-2021 | 15 | | $ 63.41 | $ 951.15 | - | - | - | $ 56.06 | | $ 337.50 |
| 03-05-2021 | 82 | 86.1 | $ 7,060.20 | 03-08-2021 | 82 | | $ 62.93 | $ 5,160.26 | - | - | - | $ 56.06 | | $ 1,899.94 |
| 03-05-2021 | 18 | 86.1 | $ 1,549.80 | 03-08-2021 | 18 | | $ 63.19 | $ 1,137.42 | - | - | - | $ 56.06 | | $ 412.38 |
| 03-05-2021 | 1172 | 85.9833 | $ 100,772.43 | 03-08-2021 | 1172 | | $ 63.00 | $ 73,836.00 | - | - | - | $ 56.06 | | $ 26,936.43 |
| 03-05-2021 | 1000 | 85.9833 | $ 85,983.30 | 03-08-2021 | 1000 | | $ 63.67 | $ 63,670.00 | - | - | - | $ 56.06 | | $ 22,313.30 |
| 03-05-2021 | 778 | 85.9833 | $ 66,895.01 | 03-08-2021 | 778 | | $ 63.53 | $ 49,426.34 | - | - | - | $ 56.06 | | $ 17,468.67 |
| 03-05-2021 | 700 | 85.9833 | $ 60,188.31 | 03-08-2021 | 700 | | $ 63.06 | $ 44,142.00 | - | - | - | $ 56.06 | | $ 16,046.31 |
| 03-05-2021 | 550 | 85.9833 | $ 47,290.82 | 03-08-2021 | 550 | | $ 63.10 | $ 34,705.00 | - | - | - | $ 56.06 | | $ 12,585.82 |
| 03-05-2021 | 500 | 85.9833 | $ 42,991.65 | 03-08-2021 | 500 | | $ 63.68 | $ 31,840.00 | - | - | - | $ 56.06 | | $ 11,151.65 |
| 03-05-2021 | 300 | 85.9833 | $ 25,794.99 | 03-08-2021 | 300 | | $ 63.07 | $ 18,921.00 | - | - | - | $ 56.06 | | $ 6,873.99 |
| 03-05-2021 | 212 | 85.9833 | $ 18,228.46 | 03-08-2021 | 212 | | $ 63.18 | $ 13,394.16 | - | - | - | $ 56.06 | | $ 4,834.30 |
| 03-05-2021 | 200 | 85.9833 | $ 17,196.66 | 03-08-2021 | 200 | | $ 63.46 | $ 12,692.00 | - | - | - | $ 56.06 | | $ 4,504.66 |
| 03-05-2021 | 131 | 85.9833 | $ 11,263.81 | 03-08-2021 | 131 | | $ 63.29 | $ 8,290.99 | - | - | - | $ 56.06 | | $ 2,972.82 |
| 03-05-2021 | 124 | 85.9833 | $ 10,661.93 | 03-08-2021 | 124 | | $ 63.03 | $ 7,815.72 | - | - | - | $ 56.06 | | $ 2,846.21 |
| 03-05-2021 | 35 | 85.9833 | $ 3,009.42 | 03-08-2021 | 35 | | $ 62.93 | $ 2,202.55 | - | - | - | $ 56.06 | | $ 806.87 |
| **Total:** | **6,400** | | **$550,229.45** | | **6,400** | | | **$405,040.54** | | | | | | **$145,188.91** |

| Client Name | Donna LaForgia |
| --- | --- |
| Company Name | Piedmont Lithium Inc. f/k/a/ Piedmont Lithium Limited |
| Ticker Symbol | PLL |
| Security Type | |
| Class Period Start | 03-16-2018 |
| Class Period End | 07-19-2021 |
| 90-DAY Lookback Period Start | 07-20-2021 |
| 90-DAY Lookback Period End | 09-19-2021 |
| 90-DAY Lookback Average | $ 56.06 |
| Pre Class Period Holdings | 0 |

**SUMMARY OF FINANCIAL INTEREST**

| LIFO Loss Total | $28,633.50 |
| --- | --- |

**Donna LaForgia - Account 2**

| | Purchases | | | | Sales | | | | | Retained | | | | Losses |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| Settlement Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-05-2021 | 1350 | 85.49 | $ 115,411.50 | 03-08-2021 | 1350 | | $ 64.28 | $ 86,778.00 | - | - | - | $ 56.06 | | $ 28,633.50 |
| **Total:** | **1,350** | | **$115,411.50** | | **1,350** | | | **$86,778.00** | | | | | | **$28,633.50** |

| SUMMARY OF FINANCIAL INTEREST |  |
|---|---|
| **ANTHONY & DONNA LAFORGIA** | |
| **LIFO Loss Total** | **$501,129.26** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.