# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN R. SKEELS, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>PIEDMONT LITHIUM INC., KEITH D. PHILLIPS, BRUCE CZACHOR, and GREGORY SWAN,<br><br>     Defendants. | Case No.: 1:21-cv-04161-LDH<br><br>Hon. LaShann DeArcy Hall |

## DECLARATION OF ANTHONY AND DONNA LAFORGIA IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS

We, Anthony and Donna LaForgia, pursuant to 28 U.S.C. § 1746, declare as follow:

1.    We respectfully submit this Declaration in support of our motion for appointment as Co-Lead Plaintiffs in the above-captioned securities class action (the "Action") against Piedmont Lithium Inc. f/k/a/ Piedmont Lithium Limited ("Piedmont" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.    We currently reside in Rutherford, New Jersey. I, Anthony LaForgia, completed two years of college and am currently retired. Prior to retiring, I was employed as the Vice President of Ceres Atlantic Terminals, located in Bayonne, New Jersey. I have been investing in securities for 40 years. I, Donna LaForgia, possess a high school diploma and am currently employed as the Executive Secretary to the President of Citroil Enterprises Inc. located in Carlstadt, New Jersey. I have been investing in securities for 25 years. Together we have been investing in securities for 65 years.

DocuSign Envelope ID: 9AA16FDB-6F09-417F-BD61-2374C4D664C3

3.      We are both capable and qualified to serve as the co-lead plaintiffs in the Action. By virtue of our significant financial interest in the resolution of the Action, we are motivated to litigate vigorously, efficiently, and to the best of our abilities to maximize the potential recovery for ourselves and the Class we seek to represent.

4.      Prior to seeking appointment as lead plaintiff in the Action, we communicated with attorneys at Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Action would progress after a lead plaintiff is appointed. We understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and that we would owe fiduciary duties to the Class to act in its best interest.

5.      We understand that we were not required to seek appointment as lead plaintiff in order to recover. Rather, based on our financial interest, we decided to seek lead plaintiff appointment than remain absent class members.

6.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, we signed a retainer agreement with Levi & Korsinsky, LLP on September 15, 2021, and authorized the firm to file a lead plaintiff motion on our behalf. We understand that our counsel is submitting this declaration along with a timely application for appointment as co-lead plaintiffs on September 20, 2021, on our behalf.

Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury that the foregoing statements related to us are true and correct.

2

DocuSign Envelope ID: DAA16FDB-6F09-417F-BD61-2374C4D664C3

Signed:

Name: Anthony LaForgia


Date:  9/20/2021


Signed: *Donna LaForgia*


Name: Donna LaForgia


Date: 9/20/2021

3