# Exhibit 3

**Piedmont Lithium Inc. Loss Chart**

**Class Period: March 16, 2018 through July 19, 2021**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $56.0566 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robinson, Connie and David | 7/15/2021 | 1000 | ($67.20) | ($67,200.00) | 7/27/2021 | 2000 | $49.41 | $112,113.18* | | | | |
| | 7/19/2021 | 1000 | ($62.87) | ($62,870.00) | | | | | | | | |
| | | 2000 | | ($130,070.00) | | 2000 | | $112,113.18 | 0 | $0.0000 | ($17,956.82) | |

*Calculated using the higher of actual sale price or lookback price