UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN R. SKEELS, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>PIEDMONT LITHIUM INC., KEITH D. PHILLIPS, BRUCE CZACHOR, and GREGORY SWAN,<br><br>                              Defendants. | Case No. 1:21-cv-04161-LDH-PK<br><br>CLASS ACTION<br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION TO APPOINT FENG XIAO AS LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL** |

I, Lucas E. Gilmore, declare as follows:

1.      I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Feng Xiao ("Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movant's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Movant's Certification;

Exhibit B:    Movant's Loss Chart;

Exhibit C:    Movant's Declaration;

Exhibit D:    Hagens Berman's firm résumé; and

Exhibit E:    Notice of pendency of class action published in *BusinessWire*, a national business-oriented wire service, on July 23, 2021.

- 1 -

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed this 21st day of September 2021, at San Diego, California.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE

**CERTIFICATE OF SERVICE**

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Nathaniel A. Tarnor*
NATHANIEL A. TARNOR

- 1 -

011031-11/1631650 V1