# Exhibit B

**Loss Analysis for Feng Xiao - Piedmont Lithium Inc. (PLL)**
**Class Period 03/16/18-07/19/21**



| | PURCHASES | | | | | SALES | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period Purchases | 07/15/21 | 3,000 | $68.4400 | $205,320.00 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Post Class Purchases | | | | | Post Class Sales | | | | |
| | | | | | | | | | |

| | | | |
|---|---|---|---|
| Total Shares Acquired in CP | 3,000 | Total Amt. Paid in CP | $205,320.00 |
| | | Total Shares Sold in CP | 0 |
| | | Total Amt. Sold in CP | $0.00 |
| | | Post CP Shares Sold | 0 |
| | | Post CP Amount Sold | $0.00 |
| | | Total Shares Sold to Current | 0 |
| | | Total Amt. Sold to Current | $0.00 ALTERNATIVE |

Actual Net Shares Acquired in CP    3,000 (CP Retained Shares)

Net Amount Paid in CP    $205,320.00
Net Amount Paid in CP Minus Sold to Current Date    $205,320.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares)    3,000 Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date    3,000 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP    $55.93

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price    $167,792.00
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price    $167,792.00 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price    $37,528.00 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)    $37,528.00
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)    $37,528.00 ALTERNATIVE