**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN R. SKEELS, Individually and on behalf of all others similarly situated, | 1:21-cv-04161-LDH-PK |
| Plaintiff, | CLASS ACTION |
| v. | Hon. LaShann DeArcy Hall |
| PIEDMONT LITHIUM, INC., KEITH D. PHILLIPS, BRUCE CZACHOR and GREGORY SWAN, | |
| Defendants. | |

**DECLARATION OF LAURENCE J. HASSON IN SUPPORT OF TERENCE MOSS'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, LAURENCE J. HASSON, hereby declare under penalties of perjury that:

1.     I am a Partner with Bernstein Liebhard LLP. I make this Declaration in Support of Terence Moss's Motion for Appointment as Lead Plaintiff and Approval of Counsel. The matters set forth herein are within my personal knowledge.

2.     Attached hereto are true and correct copies of the following documents:

Exhibit A:     The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i);

Exhibit B:     Terence Moss's sworn certification pursuant to 15 U.S.C. § 78u-4(a)(2)(A);

Exhibit C:     Terence Moss's Loss Chart; and

Exhibit D:     Firm Résumé of Bernstein Liebhard LLP.

Executed: September 21, 2021                   /s/*Laurence J. Hasson*
                                                            LAURENCE J. HASSON

00640658;V1                                  00640447;V1

**CERTIFICATE OF SERVICE**

I, LAURENCE J. HASSON, hereby certify that on September 21, 2021, a true and correct copy of the annexed **DECLARATION OF LAURENCE J. HASSON IN SUPPORT OF TERENCE MOSS'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: September 21, 2021                                    /s/*Laurence J. Hasson*
                                                                          Laurence J. Hasson

00640658;V1                              00640447;V1                                              2