# EXHIBIT C

**Piedmont Lithium Inc.**

FIFO/LIFO Losses
Class Period: 03/16/2018 - 07/19/2021

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| Terence Moss | 04/05/21 | 500 | 66.51000 | 33,255.00 | 04/08/21 | 1,700 | 73.5000 | 124,950.00 | | | |
| | 04/07/21 | 300 | 65.10000 | 19,530.00 | 04/13/21 | 1,000 | 69.0600 | 69,060.00 | | | |
| | 04/07/21 | 200 | 65.20000 | 13,040.00 | 04/14/21 | 3,000 | 71.0000 | 213,000.00 | | | |
| | 04/08/21 | 500 | 67.31000 | 33,655.00 | 04/22/21 | 5,000 | 70.0000 | 350,000.00 | | | |
| | 04/08/21 | 200 | 66.96090 | 13,392.18 | 04/26/21 | 3,832 | 73.9400 | 283,338.08 | | | |
| | 04/12/21 | 1,000 | 66.00000 | 66,000.00 | 04/26/21 | 2,084 | 73.9903 | 154,195.84 | | | |
| | 04/12/21 | 1,000 | 66.50000 | 66,500.00 | 04/28/21 | 6,000 | 74.5620 | 447,371.80 | | | |
| | 04/12/21 | 1,000 | 67.00000 | 67,000.00 | 05/06/21 | 3,000 | 62.6083 | 187,825.00 | | | |
| | 04/12/21 | 1,000 | 67.00000 | 67,000.00 | 05/06/21 | 3,000 | 62.6000 | 187,800.00 | | | |
| | 04/15/21 | 1,000 | 66.00000 | 66,000.00 | 05/07/21 | 6,000 | 68.0000 | 408,000.00 | | | |
| | 04/15/21 | 2,000 | 66.01000 | 132,020.00 | 05/18/21 | 3,227 | 65.0000 | 209,755.00 | | | |
| | 04/15/21 | 1,000 | 66.00000 | 66,000.00 | 05/25/21 | 1,773 | 63.5000 | 112,585.50 | | | |
| | 04/19/21 | 500 | 64.50000 | 32,250.00 | 06/10/21 | 3,000 | 72.4500 | 217,350.00 | | | |
| | 04/20/21 | 500 | 64.40000 | 32,200.00 | 06/23/21 | 8,500 | 73.9500 | 628,575.00 | | | |
| | 04/26/21 | 1,916 | 73.99270 | 141,770.01 | 07/20/21 | 1,000 | 52.0000 | 52,000.00 | | | |
| | 04/26/21 | 1,000 | 72.80000 | 72,800.00 | 07/20/21 | 1,000 | 53.0000 | 53,000.00 | | | |
| | 04/26/21 | 1,000 | 73.41000 | 73,410.00 | 07/21/21 | 1,000 | 54.0650 | 54,065.00 | | | |
| | 04/26/21 | 1,000 | 73.49139 | 73,491.39 | 07/21/21 | 990 | 54.0650 | 53,524.35 | | | |
| | 04/26/21 | 1,000 | 72.32000 | 72,320.00 | 07/21/21 | 10 | 54.0650 | 540.65 | | | |
| | 04/28/21 | 3,000 | 74.08290 | 222,248.70 | 07/26/21 | 2,000 | 53.8280 | 107,656.00 | | | |
| | 04/28/21 | 1,000 | 71.95000 | 71,950.00 | 07/26/21 | 1,000 | 53.8280 | 53,828.00 | | | |
| | 04/28/21 | 1,000 | 72.00000 | 72,000.00 | | | | | | | |
| | 04/28/21 | 1,000 | 72.00000 | 72,000.00 | | | | | | | |
| | 04/29/21 | 1,000 | 71.20000 | 71,200.00 | | | | | | | |
| | 04/29/21 | 1,000 | 71.60000 | 71,600.00 | | | | | | | |
| | 05/03/21 | 1,000 | 68.50000 | 68,500.00 | | | | | | | |
| | 05/03/21 | 1,000 | 69.00000 | 69,000.00 | | | | | | | |
| | 05/03/21 | 1,000 | 69.50000 | 69,500.00 | | | | | | | |
| | 05/04/21 | 1,000 | 65.88000 | 65,880.00 | | | | | | | |
| | 05/06/21 | 6,000 | 64.48000 | 386,880.00 | | | | | | | |
| | 05/11/21 | 1,000 | 62.77000 | 62,770.00 | | | | | | | |
| | 05/11/21 | 1,000 | 62.41000 | 62,410.00 | | | | | | | |
| | 05/11/21 | 1,000 | 61.00000 | 61,000.00 | | | | | | | |
| | 05/17/21 | 1,000 | 61.30000 | 61,300.00 | | | | | | | |
| | 05/18/21 | 1,000 | 64.30000 | 64,300.00 | | | | | | | |
| | 06/08/21 | 1,000 | 69.00000 | 69,000.00 | | | | | | | |
| | 06/08/21 | 1,000 | 69.29000 | 69,290.00 | | | | | | | |
| | 06/09/21 | 1,000 | 70.77000 | 70,770.00 | | | | | | | |
| | 06/14/21 | 500 | 71.00000 | 35,500.00 | | | | | | | |
| | 06/14/21 | 1,000 | 72.65000 | 72,650.00 | | | | | | | |
| | 06/14/21 | 1,250 | 72.65000 | 90,812.50 | | | | | | | |
| | 06/14/21 | 500 | 72.65000 | 36,325.00 | | | | | | | |
| | 06/14/21 | 1,000 | 72.55000 | 72,550.00 | | | | | | | |
| | 06/14/21 | 250 | 70.50000 | 17,625.00 | | | | | | | |
| | 06/14/21 | 1,000 | 71.00000 | 71,000.00 | | | | | | | |

**Piedmont Lithium Inc.**

FIFO/LIFO Losses

Class Period: 03/16/2018 - 07/19/2021

| MOVANT | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | |
| | 06/14/21 | 1,000 | 72.10000 | 72,100.00 | | | | | | | |
| | 06/15/21 | 1,000 | 69.80000 | 69,800.00 | | | | | | | |
| | 06/16/21 | 1,000 | 70.10000 | 70,100.00 | | | | | | | |
| | 07/06/21 | 1,000 | 73.75000 | 73,750.00 | | | | | | | |
| | 07/06/21 | 1,000 | 74.20000 | 74,200.00 | | | | | | | |
| | 07/06/21 | 500 | 73.00000 | 36,500.00 | | | | | | | |
| | 07/06/21 | 500 | 73.20000 | 36,600.00 | | | | | | | |
| | 07/06/21 | 500 | 73.76000 | 36,880.00 | | | | | | | |
| | 07/06/21 | 500 | 73.86000 | 36,930.00 | | | | | | | |
| | 07/06/21 | 500 | 73.90000 | 36,950.00 | | | | | | | |
| | 07/06/21 | 500 | 73.11000 | 36,555.00 | | | | | | | |
| | 07/06/21 | 500 | 72.51000 | 36,255.00 | | | | | | | |
| | 07/06/21 | 250 | 72.75000 | 18,187.50 | | | | | | | |
| | 07/06/21 | 250 | 71.90420 | 17,976.05 | | | | | | | |
| | 07/08/21 | 1,000 | 67.50000 | 67,500.00 | | | | | | | |
| **Terence Moss Totals** | | **58,116** | | **$4,019,978.33** | | **58,116** | | **$3,968,420.22** | | | **($51,558.11)** |

Shares sold within 90 days after the class period (italicized) have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale