**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN R. SKEELS, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>PIEDMONT LITHIUM, INC., KEITH D. PHILLIPS, BRUCE CZACHOR and GREGORY SWAN,<br><br>        Defendants. | 1:21-cv-04161-LDH-PK<br><br>CLASS ACTION<br><br>Hon. LaShann DeArcy Hall |

### [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD COUNSEL

**Upon good cause shown, IT IS HEREBY ORDERED THAT:**

I.      The Motion of Terence Moss for Appointment as Lead Plaintiff and Approval of

Counsel is granted.

II.     Terence Moss is hereby appointed as Lead Plaintiff for the proposed class pursuant

to 15 U.S.C. § 78u-4 as amended by the Private Securities Litigation Reform Act

of 1995.

III.    Bernstein Liebhard LLP is hereby appointed as Lead Counsel for the proposed

class.

SO ORDERED, this ___ day of _____, 2021

_____
The Honorable LaShann DeArcy Hall
United States District Judge

00640660;V1                                  00640461;V1