# EXHIBIT D

DocuSign Envelope ID: EB25B4E4-A1D8-44A9-9F96-B70DDB21CC0B

# DECLARATION OF EHSAN P. AFAGHI

I, Ehsan P. Afaghi, submit this declaration in support of Ace Association LLC's lead plaintiff motion. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

1.  Ace Association LLC is my family's investment company, which I manage. I am authorized to make this Declaration and to bring suit on Ace Association LLC's behalf. I am a retired attorney, having practiced for nearly 40 years in California. I attained my Juris Doctor degree from the University of La Verne College of Law. I also earned a Master of Science degree in Business Administration from the University of California, Los Angeles as well as a Bachelor of Science degree in Mathematics from Brigham Young University. As a civil litigator with decades of experience, I am familiar with the selection and oversight of lawyers. I live in Valley Center, California and I have approximately 10 years of investing experience.

2.  I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

3.  I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and authorize a potential settlement on behalf of the class. I am willing to perform all of these duties on behalf of the class members.

4.  Ace Association LLC has a substantial financial interest in this case based on its losses, and has an incentive to prosecute this case on behalf of Piedmont Lithium Inc. shareholders.

5.  I understand that the lead plaintiff's share of any recovery is the same as every other potential class member. As my Certification states, I will not accept any payment for serving as a

DocuSign Envelope ID: EB25B4E4-A1D8-44A9-8F96-B70DDB21CC0B

representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

6.      I am aware that I have the right to select counsel as part of the lead plaintiff process. Based on their experience prosecuting securities cases, I have selected Robbins Geller Rudman & Dowd LLP to represent the class in this case on a contingency basis.  Before selecting counsel, I discussed the lead plaintiff's role, responsibilities, and process with my attorneys.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9/21/2021 day of September, 2021.

DocuSigned by:

912186C9A3224E7...

EHSAN P. AFAGHI