UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN R. SKEELS, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>PIEDMONT LITHIUM INC., KEITH D. PHILLIPS, BRUCE CZACHOR, and GREGORY SWAN,<br><br>     Defendants. | Case No. 1:21-cv-04161-LDH-PK<br><br>Hon. LaShann DeArcy Hall |

**DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF SUSAN JOORABCHI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Thomas L. Laughlin, IV, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.    I am a partner with the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for lead plaintiff movant Susan Joorabchi ("Movant" or "Joorabchi") and proposed Lead Counsel for the Class.

2.    I submit this Declaration, together with the attached exhibits, in support of Joorabchi's motion for appointment as lead plaintiff and approval of her selection of Scott+Scott as Lead Counsel for the Class.

3.    Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Notice published July 23, 2021, via *BusinessWire*, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

Exhibit B:    Movant's PSLRA Certification;

Exhibit C:    Declaration of Movant;

Exhibit D:    Movant's Loss Chart; and,

Exhibit E:    Scott+Scott firm résumé.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 21st day of September, 2021.

 /s/ Thomas L. Laughlin, IV 
THOMAS L. LAUGHLIN, IV

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2021, I caused the foregoing to be filed with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

email addresses denoted on the Electronic Mail Notice List.

Executed on September 21, 2021, at New York, New York.

*s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV
