# EXHIBIT D

**LOSS ANALYSIS**

**Class Period: 03/16/2018 to 07/19/2021**

**PIEDMONT LITHIUM INC**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price | |
|---|---|---|---|---|---|
| **PLL** | **72016P105** | **BMGHM13** | **US72016P1057** | **$55.93067** | * |

**Susan Joorabchi**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 7/1/2021 | 1,670 | $77.00 | -$128,590.00 |
| Purchase | 7/6/2021 | 202 | $74.00 | -$14,948.00 |
| **Class Period purchases:** | | **1,872** | | **-$143,538.00** |
| Sale | 7/2/2021 | 150 | $78.00 | $11,700.00 |
| Sale | 7/2/2021 | 52 | $77.80 | $4,045.60 |
| **Class Period sales (matched to Class Period purchases):** | | **202** | | **$15,745.60** |
| | LIFO Retained Purchases: 1,670 | | $55.93067 | $93,404.21 |

**\* Value of retained shares is the mean trading price from 07/20/2021 to 9/21/2021**          **LIFO Gain/(Loss):  -$34,388.19**