UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN R. SKEELS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PIEDMONT LITHIUM INC., KEITH D. PHILLIPS, BRUCE CZACHOR, and GREGORY SWAN,<br><br>Defendants. | Case No. 1:21-cv-04161-LDH-PK |

NOTICE OF NON-OPPOSITION OF ALFRED B. WIECZOREK TO
COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

On September 21, 2021, Alfred B. Wieczorek ("Wieczorek"), by and through his counsel, filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing Wieczorek as Lead Plaintiff on behalf of a class consisting of all persons and entities other than the above-captioned defendants who purchased or otherwise acquired the publicly traded securities of Piedmont Lithium Inc. f/k/a Piedmont Lithium Limited between March 16, 2018 and July 19, 2021, both dates inclusive (the "Class"); and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 19.

Having reviewed the competing motions before the Court, it appears that Wieczorek does not have the "largest financial interest" in this litigation within the meaning of the PSLRA.  This notice of non-opposition shall have no impact on Wieczorek's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated:  October 1, 2021                                  Respectfully submitted,

                                                         POMERANTZ LLP

                                                         */s/ Jeremy A. Lieberman*
                                                         Jeremy A. Lieberman
                                                         J. Alexander Hood II
                                                         600 Third Avenue, 20th Floor
                                                         New York, New York 10016
                                                         Telephone: (212) 661-1100
                                                         Facsimile: (212) 661-8665
                                                         ahood@pomlaw.com
                                                         jalieberman@pomlaw.com

                                                         *Counsel for Alfred B. Wieczorek*