**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Connie and David Robinson*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN R. SKEELS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PIEDMONT LITHIUM INC., KEITH D. PHILLIPS, BRUCE CZACHOR, and GREGORY SWAN,<br><br>Defendants. | CASE No.: 1:21-cv-04161-LDH-PK<br><br>**NOTICE OF NON-OPPOSITION OF MOVANTS CONNIE AND DAVID ROBINSON TO COMPETING LEAD PLAINTIFF MOTIONS**<br><br><u>**CLASS ACTION**</u> |

On September 21, 2021, movants Connie and David Robinson ("Movants"), pursuant to the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), filed a motion for entry of an order appointing Movants as Lead Plaintiffs and approving Movants' selection of Counsel. Dkt. No. 8.

Having reviewed the competing motions filed in this action, Movants do not appear to have the largest financial interest in this litigation within the meaning of the PSLRA. This notice of non-opposition shall have no impact on Movants' membership in the proposed class, Movants' right to share in any recovery obtained for the benefit of class members, and Movants' ability to serve as a representative party should the need arise.

1

Dated: October 5, 2021		Respectfully submitted,

		**THE ROSEN LAW FIRM, P.A.**

		/s/ Phillip Kim
		Phillip Kim, Esq. (PK 9384)
		Laurence M. Rosen, Esq. (LR 5733)
		275 Madison Avenue, 40th Floor
		New York, New York 10016
		Telephone: (212) 686-1060
		Fax: (212) 202-3827
		Email: pkim@rosenlegal.com
		Email: lrosen@rosenlegal.com

		*Counsel for Connie and David Robinson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim