# EXHIBIT A

**Piedmont Lithium Inc.**

**DURA Losses**

Class Period: 03/16/2018 - 07/19/2021

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| **Terrence Moss - Shares Purchased and Sold Prior to 7/19/2021** | | | | | | | | | | | |
| | 04/05/21 | 500 | 66.51000 | 33,255.00 | 04/08/21 | 1,700 | 73.5000 | 124,950.00 | | | |
| | 04/07/21 | 300 | 65.10000 | 19,530.00 | 04/13/21 | 1,000 | 69.0600 | 69,060.00 | | | |
| | 04/07/21 | 200 | 65.20000 | 13,040.00 | 04/14/21 | 3,000 | 71.0000 | 213,000.00 | | | |
| | 04/08/21 | 500 | 67.31000 | 33,655.00 | 04/22/21 | 5,000 | 70.0000 | 350,000.00 | | | |
| | 04/08/21 | 200 | 66.96090 | 13,392.18 | 04/26/21 | 3,832 | 73.9400 | 283,338.08 | | | |
| | 04/12/21 | 1,000 | 66.00000 | 66,000.00 | 04/26/21 | 2,084 | 73.9903 | 154,195.84 | | | |
| | 04/12/21 | 1,000 | 66.50000 | 66,500.00 | 04/28/21 | 6,000 | 74.5620 | 447,371.80 | | | |
| | 04/12/21 | 1,000 | 67.00000 | 67,000.00 | 05/06/21 | 3,000 | 62.6083 | 187,825.00 | | | |
| | 04/12/21 | 1,000 | 67.00000 | 67,000.00 | 05/06/21 | 3,000 | 62.6000 | 187,800.00 | | | |
| | 04/15/21 | 1,000 | 66.00000 | 66,000.00 | 05/07/21 | 6,000 | 68.0000 | 408,000.00 | | | |
| | 04/15/21 | 2,000 | 66.01000 | 132,020.00 | 05/18/21 | 3,227 | 65.0000 | 209,755.00 | | | |
| | 04/15/21 | 1,000 | 66.00000 | 66,000.00 | 05/25/21 | 1,773 | 63.5000 | 112,585.50 | | | |
| | 04/19/21 | 500 | 64.50000 | 32,250.00 | 06/10/21 | 3,000 | 72.4500 | 217,350.00 | | | |
| | 04/20/21 | 500 | 64.40000 | 32,200.00 | 06/23/21 | 8,500 | 73.9500 | 628,575.00 | | | |
| | 04/26/21 | 1,916 | 73.99270 | 141,770.01 | | | | | | | |
| | 04/26/21 | 1,000 | 72.80000 | 72,800.00 | | | | | | | |
| | 04/26/21 | 1,000 | 73.41000 | 73,410.00 | | | | | | | |
| | 04/26/21 | 1,000 | 73.49139 | 73,491.39 | | | | | | | |
| | 04/26/21 | 1,000 | 72.32000 | 72,320.00 | | | | | | | |
| | 04/28/21 | 3,000 | 74.08290 | 222,248.70 | | | | | | | |
| | 04/28/21 | 1,000 | 71.95000 | 71,950.00 | | | | | | | |
| | 04/28/21 | 1,000 | 72.00000 | 72,000.00 | | | | | | | |
| | 04/28/21 | 1,000 | 72.00000 | 72,000.00 | | | | | | | |
| | 04/29/21 | 1,000 | 71.20000 | 71,200.00 | | | | | | | |
| | 04/29/21 | 1,000 | 71.60000 | 71,600.00 | | | | | | | |
| | 05/03/21 | 1,000 | 68.50000 | 68,500.00 | | | | | | | |
| | 05/03/21 | 1,000 | 69.00000 | 69,000.00 | | | | | | | |
| | 05/03/21 | 1,000 | 69.50000 | 69,500.00 | | | | | | | |
| | 05/04/21 | 1,000 | 65.88000 | 65,880.00 | | | | | | | |
| | 05/06/21 | 6,000 | 64.48000 | 386,880.00 | | | | | | | |
| | 05/11/21 | 1,000 | 62.77000 | 62,770.00 | | | | | | | |
| | 05/11/21 | 1,000 | 62.41000 | 62,410.00 | | | | | | | |
| | 05/11/21 | 1,000 | 61.00000 | 61,000.00 | | | | | | | |
| | 05/17/21 | 1,000 | 61.30000 | 61,300.00 | | | | | | | |
| | 05/18/21 | 1,000 | 64.30000 | 64,300.00 | | | | | | | |
| | 06/08/21 | 1,000 | 69.00000 | 69,000.00 | | | | | | | |
| | 06/08/21 | 1,000 | 69.29000 | 69,290.00 | | | | | | | |
| | 06/09/21 | 1,000 | 70.77000 | 70,770.00 | | | | | | | |
| | 06/14/21 | 500 | 71.00000 | 35,500.00 | | | | | | | |
| | 06/14/21 | 1,000 | 72.65000 | 72,650.00 | | | | | | | |
| | 06/14/21 | 1,250 | 72.65000 | 90,812.50 | | | | | | | |
| | 06/14/21 | 500 | 72.65000 | 36,325.00 | | | | | | | |
| | 06/14/21 | 1,000 | 72.55000 | 72,550.00 | | | | | | | |
| | 06/14/21 | 250 | 70.50000 | 17,625.00 | | | | | | | |

**Piedmont Lithium Inc.**

**DURA Losses**
Class Period:  03/16/2018 - 07/19/2021

| | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MOVANT | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE | **ESTIMATED LOSSES** |
| | 06/14/21 | 1,000 | 71.00000 | 71,000.00 | | | | | | | |
| | 06/14/21 | 1,000 | 72.10000 | 72,100.00 | | | | | | | |
| | 06/15/21 | 1,000 | 69.80000 | 69,800.00 | | | | | | | |
| | 06/16/21 | 1,000 | 70.10000 | 70,100.00 | | | | | | | |
| **Terence Moss Totals** | | **51,116** | | **$3,511,694.78** | | **51,116** | | **$3,593,806.22** | | | |
| **Terence Moss Losses on Shares Purchased During the Class Period and Sold After 7/19/2021** | | | | | | | | | | | |
| | 07/06/21 | 1,000 | 73.75000 | 73,750.00 | 07/20/21 | 1,000 | 52.0000 | 52,000.00 | | | |
| | 07/06/21 | 1,000 | 74.20000 | 74,200.00 | 07/20/21 | 1,000 | 53.0000 | 53,000.00 | | | |
| | 07/06/21 | 500 | 73.00000 | 36,500.00 | 07/21/21 | 1,000 | 54.0650 | 54,065.00 | | | |
| | 07/06/21 | 500 | 73.20000 | 36,600.00 | 07/21/21 | 990 | 54.0650 | 53,524.35 | | | |
| | 07/06/21 | 500 | 73.76000 | 36,880.00 | 07/21/21 | 10 | 54.0650 | 540.65 | | | |
| | 07/06/21 | 500 | 73.86000 | 36,930.00 | 07/26/21 | 2,000 | 53.8280 | 107,656.00 | | | |
| | 07/06/21 | 500 | 73.90000 | 36,950.00 | 07/26/21 | 1,000 | 53.8280 | 53,828.00 | | | |
| | 07/06/21 | 500 | 73.11000 | 36,555.00 | | | | | | | |
| | 07/06/21 | 500 | 72.51000 | 36,255.00 | | | | | | | |
| | 07/06/21 | 250 | 72.75000 | 18,187.50 | | | | | | | |
| | 07/06/21 | 250 | 71.90420 | 17,976.05 | | | | | | | |
| | 07/08/21 | 1,000 | 67.50000 | 67,500.00 | | | | | | | |
| **Terence Moss Losses on Shares Purchased During the Class Period and Sold After 7/19/2021 Totals** | | **7,000** | | **$508,283.55** | | **7,000** | | **$374,614.00** | | | **($133,669.55)** |

Shares sold within 90 days after the class period (italicized) have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale

**Piedmont Lithium Inc.**

**DURA Losses**

Class Period: 03/16/2018 - 07/19/2021

| | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MOVANT | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE | **ESTIMATED LOSSES** |
| **ACE ASSOCIATION LLC - Shares Purchased and Sold Prior to 7/19/2021** | | | | | | | | | | | |
| | 03/09/21 | 2,000 | 67.99000 | 135,980.00 | 03/30/21 | 3,000 | $60.50 | 181,500.00 | | | |
| | 03/09/21 | 3,000 | 66.77000 | 200,310.00 | 04/22/21 | 100 | $69.00 | 6,900.00 | | | |
| | 03/24/21 | 1,000 | 63.00000 | 63,000.00 | 04/22/21 | 100 | $68.98 | 6,898.00 | | | |
| | 04/20/21 | 3 | 62.73000 | 188.19 | 04/22/21 | 100 | $68.97 | 6,897.00 | | | |
| | 04/20/21 | 2,997 | 62.80000 | 188,211.60 | 04/22/21 | 500 | $68.96 | 34,480.00 | | | |
| | 04/26/21 | 1,000 | 74.00000 | 74,000.00 | 04/22/21 | 267 | $68.96 | 18,412.32 | | | |
| | 04/26/21 | 3,000 | 74.75000 | 224,250.00 | 04/22/21 | 1,933 | $68.95 | 133,280.35 | | | |
| | 05/06/21 | 1,000 | 64.00000 | 64,000.00 | 04/23/21 | 3,000 | $70.10 | 210,300.00 | | | |
| | 05/06/21 | 1,000 | 65.40000 | 65,400.00 | 04/30/21 | 1,000 | $71.89 | 71,890.00 | | | |
| | 05/11/21 | 1,000 | 59.50000 | 59,500.00 | 05/13/21 | 1,000 | $55.50 | 55,500.00 | | | |
| | 05/12/21 | 1,000 | 59.00000 | 59,000.00 | 05/13/21 | 1,788 | $55.50 | 99,234.00 | | | |
| | 06/21/21 | 1,000 | 66.80000 | 66,800.00 | 05/13/21 | 210 | $55.29 | 11,610.90 | | | |
| | | | | | 05/13/21 | 2 | $56.20 | 112.40 | | | |
| | | | | | 05/13/21 | 2,000 | $55.99 | 111,980.00 | | | |
| | | | | | 05/13/21 | 1,000 | $55.75 | 55,750.00 | | | |
| | | | | | 05/14/21 | 1,000 | $57.80 | 57,800.00 | | | |
| | | | | | 06/23/21 | 100 | $72.67 | 7,267.00 | | | |
| | | | | | 06/23/21 | 900 | $72.60 | 65,340.00 | | | |
| **ACE ASSOCIATION LLC - Shares Purchased and Sold Prior to 7/19/2021 Totals** | | **18,000** | | **$1,200,639.79** | | **18,000** | | **$1,135,151.97** | | | |
| **ACE ASSOCIATION LLC Losses on Shares Purchased During the Class Period and Sold After 7/19/2021** | | | | | | | | | | | |
| | 07/08/21 | 1,000 | 67.70000 | 67,700.00 | *07/28/21* | *3,000* | *$53.18* | 159,540.00 | | | |
| | 07/13/21 | 1,000 | 69.00000 | 69,000.00 | *07/28/21* | *2,000* | *$53.18* | 106,360.00 | | | |
| | 07/14/21 | 1,000 | 67.80000 | 67,800.00 | | | | | | | |
| | 07/16/21 | 1,000 | 64.00000 | 64,000.00 | | | | | | | |
| | 07/19/21 | 1,000 | 61.00000 | 61,000.00 | | | | | | | |
| **ACE ASSOCIATION LLC Losses on Shares Purchased During the Class Period and Sold After 7/19/2021 Totals** | | **5,000** | | **$329,500.00** | | **5,000** | | **$265,900.00** | | | **($63,600.00)** |

Shares sold within 90 days after the class period (italicized) have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale

**Piedmont Lithium Inc.**

**DURA Losses**

Class Period: 03/16/2018 - 07/19/2021

Hold Price:     $55.9307

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| **Anthony LaForgia - Shares Purchased and Sold Prior to 7/19/2021** | | | | | | | | | | | |
| | 03/05/21 | 440 | 85.33500 | 37,547.40 | 03/08/21 | 440 | $64.53 | 28,395.27 | | | |
| | 03/05/21 | 99 | 85.64600 | 8,478.95 | 03/08/21 | 890 | $64.01 | 56,968.90 | | | |
| | 03/05/21 | 100 | 85.53000 | 8,553.00 | 03/08/21 | 800 | $63.77 | 51,016.00 | | | |
| | 03/05/21 | 100 | 85.56000 | 8,556.00 | 03/08/21 | 800 | $63.47 | 50,776.00 | | | |
| | 03/05/21 | 100 | 85.57000 | 8,557.00 | 03/08/21 | 500 | $64.00 | 32,000.00 | | | |
| | 03/05/21 | 100 | 85.64000 | 8,564.00 | 03/08/21 | 466 | $63.24 | 29,469.84 | | | |
| | 03/05/21 | 200 | 85.68000 | 17,136.00 | 03/08/21 | 400 | $63.23 | 25,292.00 | | | |
| | 03/05/21 | 300 | 85.60000 | 25,680.00 | 03/08/21 | 319 | $63.39 | 20,221.41 | | | |
| | 03/05/21 | 4,891 | 85.69000 | 419,109.79 | 03/08/21 | 300 | $63.76 | 19,128.00 | | | |
| | 03/05/21 | 40 | 84.96800 | 3,398.72 | 03/08/21 | 200 | $63.48 | 12,696.00 | | | |
| | 03/05/21 | 50 | 84.69000 | 4,234.50 | 03/08/21 | 200 | $63.39 | 12,678.00 | | | |
| | 03/05/21 | 50 | 84.71000 | 4,235.50 | 03/08/21 | 110 | $63.99 | 7,038.90 | | | |
| | 03/05/21 | 50 | 84.74000 | 4,237.00 | 03/08/21 | 100 | $64.09 | 6,409.00 | | | |
| | 03/05/21 | 50 | 84.91800 | 4,245.90 | 03/08/21 | 100 | $64.06 | 6,406.00 | | | |
| | 03/05/21 | 100 | 84.67000 | 8,467.00 | 03/08/21 | 100 | $63.75 | 6,375.00 | | | |
| | 03/05/21 | 100 | 84.72000 | 8,472.00 | 03/08/21 | 100 | $63.49 | 6,349.00 | | | |
| | 03/05/21 | 100 | 84.83000 | 8,483.00 | 03/08/21 | 100 | $63.48 | 6,348.00 | | | |
| | 03/05/21 | 100 | 84.89000 | 8,489.00 | 03/08/21 | 100 | $63.45 | 6,345.00 | | | |
| | 03/05/21 | 100 | 84.93400 | 8,493.40 | 03/08/21 | 100 | $63.40 | 6,340.00 | | | |
| | 03/05/21 | 100 | 84.96000 | 8,496.00 | 03/08/21 | 100 | $63.25 | 6,325.00 | | | |
| | 03/05/21 | 100 | 84.96200 | 8,496.20 | 03/08/21 | 63 | $63.22 | 3,982.86 | | | |
| | 03/05/21 | 140 | 84.92000 | 11,888.80 | 03/08/21 | 42 | $63.35 | 2,660.70 | | | |
| | 03/05/21 | 150 | 84.97000 | 12,745.50 | 03/08/21 | 2,708 | $65.06 | 176,182.48 | | | |
| | 03/05/21 | 200 | 84.81000 | 16,962.00 | 03/08/21 | 1,600 | $65.56 | 104,896.00 | | | |
| | 03/05/21 | 422 | 84.98000 | 35,861.56 | 03/08/21 | 833 | $66.00 | 54,978.00 | | | |
| | 03/05/21 | 424 | 84.99000 | 36,035.76 | 03/08/21 | 765 | $65.50 | 50,107.50 | | | |
| | 03/05/21 | 451 | 84.62500 | 38,165.88 | 03/08/21 | 512 | $65.30 | 33,433.60 | | | |
| | 03/05/21 | 500 | 84.90000 | 42,450.00 | 03/08/21 | 497 | $65.57 | 32,588.29 | | | |
| | 03/05/21 | 1,000 | 84.62000 | 84,620.00 | 03/08/21 | 400 | $65.31 | 26,124.00 | | | |
| | 03/05/21 | 5,455 | 84.88690 | 463,058.04 | 03/08/21 | 274 | $66.06 | 18,100.44 | | | |
| | | | | | 03/08/21 | 238 | $65.13 | 15,500.94 | | | |
| | | | | | 03/08/21 | 200 | $66.07 | 13,214.00 | | | |
| | | | | | 03/08/21 | 200 | $65.32 | 13,064.00 | | | |
| | | | | | 03/08/21 | 200 | $65.29 | 13,058.00 | | | |
| | | | | | 03/08/21 | 200 | $65.28 | 13,056.00 | | | |
| | | | | | 03/08/21 | 200 | $65.23 | 13,046.00 | | | |
| | | | | | 03/08/21 | 200 | $65.07 | 13,014.00 | | | |
| | | | | | 03/08/21 | 152 | $65.25 | 9,918.00 | | | |
| | | | | | 03/08/21 | 127 | $65.15 | 8,274.05 | | | |
| | | | | | 03/08/21 | 100 | $66.01 | 6,601.00 | | | |
| | | | | | 03/08/21 | 100 | $65.60 | 6,560.00 | | | |
| | | | | | 03/08/21 | 100 | $65.17 | 6,517.00 | | | |
| | | | | | 03/08/21 | 44 | $65.10 | 2,864.40 | | | |
| | | | | | 03/08/21 | 21 | $65.45 | 1,374.45 | | | |

**Piedmont Lithium Inc.**

**DURA Losses**

Class Period: 03/16/2018 - 07/19/2021

Hold Price:    $55.9307

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| | | | | | 03/08/21 | 10 | $65.20 | 652.00 | | | |
| | | | | | 03/08/21 | 1 | $66.02 | 66.02 | | | |
| **Anthony LaForgia Totals** | | **16,012** | | **$1,363,717.90** | | **16,012** | | **$1,036,411.05** | | | |

| | |
|---|---|
| **Anthony LaForgia Losses on Shares Purchased During the Class Period and Sold After 7/19/2021** | **$0.00** |

**Piedmont Lithium Inc.**

**DURA Losses**

Class Period: 03/16/2018 - 07/19/2021

Hold Price:   $55.9307

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| **Donna LaForgia - Shares Purchased and Sold Prior to 7/19/2021** | | | | | | | | | | | |
| | 03/05/21 | 50 | 85.65500 | 4,282.75 | 03/08/21 | 1,172 | $63.00 | 73,836.00 | | | |
| | 03/05/21 | 50 | 85.85000 | 4,292.50 | 03/08/21 | 1,000 | $63.67 | 63,670.00 | | | |
| | 03/05/21 | 50 | 85.89000 | 4,294.50 | 03/08/21 | 778 | $63.53 | 49,426.34 | | | |
| | 03/05/21 | 50 | 85.90000 | 4,295.00 | 03/08/21 | 700 | $63.06 | 44,142.00 | | | |
| | 03/05/21 | 98 | 86.04000 | 8,431.92 | 03/08/21 | 550 | $63.10 | 34,705.00 | | | |
| | 03/05/21 | 100 | 85.69000 | 8,569.00 | 03/08/21 | 500 | $63.68 | 31,840.00 | | | |
| | 03/05/21 | 100 | 85.86000 | 8,586.00 | 03/08/21 | 300 | $63.07 | 18,921.00 | | | |
| | 03/05/21 | 100 | 85.91000 | 8,591.00 | 03/08/21 | 212 | $63.18 | 13,394.16 | | | |
| | 03/05/21 | 100 | 86.10000 | 8,610.00 | 03/08/21 | 200 | $63.46 | 12,692.00 | | | |
| | 03/05/21 | 5,702 | 85.98330 | 490,276.78 | 03/08/21 | 131 | $63.29 | 8,290.99 | | | |
| | 03/05/21 | 1,350 | 85.49000 | 115,411.50 | 03/08/21 | 124 | $63.03 | 7,815.72 | | | |
| | | | | | 03/08/21 | 117 | $62.93 | 7,362.81 | | | |
| | | | | | 03/08/21 | 103 | $63.19 | 6,508.57 | | | |
| | | | | | 03/08/21 | 100 | $63.41 | 6,341.00 | | | |
| | | | | | 03/08/21 | 100 | $63.21 | 6,321.00 | | | |
| | | | | | 03/08/21 | 100 | $63.11 | 6,311.00 | | | |
| | | | | | 03/08/21 | 100 | $63.01 | 6,301.00 | | | |
| | | | | | 03/08/21 | 60 | $63.66 | 3,819.60 | | | |
| | | | | | 03/08/21 | 31 | $62.94 | 1,951.14 | | | |
| | | | | | 03/08/21 | 14 | $63.24 | 885.36 | | | |
| | | | | | 03/08/21 | 5 | $63.30 | 316.50 | | | |
| | | | | | 03/08/21 | 2 | $63.09 | 126.18 | | | |
| | | | | | 03/08/21 | 1 | $63.17 | 63.17 | | | |
| | | | | | 03/08/21 | 1,350 | $64.28 | 86,778.00 | | | |
| **Donna LaForgia Totals** | | **7,750** | | **$665,640.95** | | **7,750** | | **$491,818.54** | | | |

| | |
|---|---|
| **Donna LaForgia Losses on Shares Purchased During the Class Period and Sold After 7/19/2021** | **$0.00** |

| | |
|---|---|
| **Total LaForgia DURA Losses** | **$0.00** |