# EXHIBIT B

- Afaghi Ehsan v. Mosleh Sara (Los Angeles Superior Court) Docket No. SC051548
- Alex Farahmand et al. v. Ehsan Afaghi et al. (Los Angeles Superior Court) Docket No. BC376686
  - Nature of the Suit: Fraud and Misrepresentation
- American Express Bank, FSB v. Ehsan Afaghi et al. (Los Angeles Superior Court) Docket No. SC121264
- Crown Asset Management LLC v. Afaghi (San Diego Superior Court) Docket No. 37-2017-00040885-CL-CL-NC
  - Nature of the Suit: Banking/Finance Collections
- Ebrahim Khatibi, et al. v. Ehsan Afaghi (Los Angeles Superior Court) Docket No. LC083163
  - Nature of the Suit: Legal Malpractice; Torts Negligence
- Ehsan Afaghi et al. v. Esmail Gabayan et al. (Los Angeles Superior Court) Docket No. BC174862
- Ehsan Afaghi et al. v. American Multi-Cinema, Inc. et al. (Los Angeles Superior Court) Docket No. SC060130
  - Nature of the Suit: Torts/Negligence ("Other Intentional Tort")
- Ehsan Afaghi v. Adel F. Samaan (Los Angeles Superior Court) Docket No. BC302858
  - Nature of the Suit: Landlord Tenant/ Breach Rental/Lease
- Ehsan Afaghi v. Devin McLeary et al. (Los Angeles Superior Court) Docket No. BC639349
- Ehsan Afaghi v. James Kain et al. (Los Angeles Superior Court) Docket No. SC080716
  - Nature of the Suit: Real Property
- Ehsan Afaghi v. JPMorgan Chase California Corporation (San Diego Superior Court) Docket No. 37-2011-000511420CU-OR-NC
  - Real Property
- Ehsan Afaghi v. Marian Katherine McElroy (Los Angeles Superior Court) Docket No. BD501795
  - Family and Domestic Relations; Nullity
  - Related Cases: BD505118
- Ehsan Afaghi v. Marian Katehrine McElroy (Nevada – Eighth Judicial District Court) Docket No. D-11-443702-L
  - Family and Domestic Relations; Nullity
- Ehsan Afaghi v. Moin Setareh et al. (Los Angeles Superior Court) Docket No. BC417882
  - Breach of Contract
- Ehsan Afaghi v. Youssef Kaveh, et al. (Los Angeles Superior Court) Docket No. SC105260
  - Breach of Contract
- Farmers Insurance Exchange v. Ehsan Afaghi, et al. (Los Angeles Superior Court) Docket No. BC116186
- Farzad Kohanbash v. Ace Association LLC et al (Los Angeles Superior Court) Docket No. BC545997
  - Other non-personal injury/property damage tort
- Jasmin Danesch v. Yakov Mizrahi, et al. (Los Angeles Superior Court) Docket No. BC39182
  - Contractual Fraud/Misrepresentation
- Laila Bomis v. Ehsan Afaghi et al. (Los Angeles Superior Court) Docket No. SC060156
  - Torts/Negligence, Personal Injury, Motor Vehicle PIPD/WD

- Law Offices of Ehsan Afaghi v. Joseph Michael, et al. (Los Angeles Superior Court) Docket No. SC122296
    - Contracts, Breach of Contract
- Law Offices of Ehsan Afaghi v. Keyvan Chapchian, et al. (Los Angeles Superior Court) Docket No. BC490716
    - Contracts, Breach of Contract
- Qabazard Naser Mansour v. Law Offices Ehsan Afaghi (Los Angeles Superior Court) Docket No. SC026495
- Rebecca A. Rickley  et al v. Shahriar Yazdani et al. (Los Angeles Superior Court) Docket No. SC091775
    - Real Property
- Richard Khatibi v. Ehsan Afaghi (Los Angeles Superior Court) Docket No. LC083688
    - Legal Malpractice; Torts/Negligence
- Union Bank N.A. v. Ehsan Afaghi (Los Angeles Superior Court) Docket No. BC499573
    - Contracts, Breach of Warranty
- Union Bank N.A. v. Afaghi (San Diego Superior Court) Docket No. 37-2012-00058654-CU-BC-NC
    - Breach of Contract/Warranty