# EXHIBIT C

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 10/08/15

DEPT. 19

HONORABLE STEPHANIE M. BOWICK    JUDGE    I. FLORES    DEPUTY CLERK

HONORABLE 7    JUDGE PRO TEM    ELECTRONIC RECORDING MONITOR

C. LAM, C.A.    Deputy Sheriff    NONE    Reporter

8:30 am  BC491601

ATOSA KHODDAMHAZRATI
VS
KEYVAN CHAPCHIAN ET AL

Plaintiff Counsel    FAUD HAGHIGHI (X) -via CourtCall

Defendant Counsel    FIROUZEH A. SIMAB (X)

**NATURE OF PROCEEDINGS:**

1. EX PARTE APPLICATION BY PLAINTIFF (ATOSA KHODDAMHAZRATI), COMPELLING DEPOSITION ATTENDANCE AND TESTIMONY OF DEFENDANT (EHSAN AFAGHI); MONETARY SANCTIONS REQUEST IN THE AMOUNT OF $3,465.00 AGAINST EHSAN AFAGHI AND/OR HIS ATTORNEY OF RECORD LAW OFFICES OF SAUL REISS, P.C.;

2. EX PARTE APPLICATION BY DEFENDANTS (EHSAN AFAGHI AND ACE ASSOCIATION, LLC), FOR A PROTECTIVE ORDER; AND REQUEST FOR IMPOSITION OF MONETARY SANCTIONS IN THE AMOUNT OF $3,000 AGAINST PLAINTIFF ATOSA KHODDAMHAZRATI AND HER ATTORNEY OF RECORD, FAUD HAGHIGHI, ESQ. OF THE LAW OFFICES OF FAUD HAGHIGHI, JOINTLY AND SEVERALLY;

Ex Parte Applications as captioned above, are called for hearing and held.

Plaintiff's Ex Parte Application for an order compelling deposition attendance and testimony of defendant Ehsan Afaghi is GRANTED. Defendant Ehsan Afaghi is ordered to complete and attend for his deposition on OCTOBER 29, 2015 at 10:00 a.m. at the law offices of plaintiff's counsel of record.

Plaintiff's request for monetary sanctions is GRANTED for expenses incurred in this mater. Defendant Ehsan Afaghi and his attorney of record,

Page    1 of    3    DEPT. 19

MINUTES ENTERED
10/08/15
COUNTY CLERK

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 10/08/15                                                    DEPT. 19

HONORABLE STEPHANIE M. BOWICK    JUDGE | I. FLORES          DEPUTY CLERK

HONORABLE 7                JUDGE PRO TEM |                  ELECTRONIC RECORDING MONITOR

C. LAM, C.A.          Deputy Sheriff | NONE                Reporter

| | |
8:30 am | BC491601 | Plaintiff  FAUD HAGHIGHI (X)
        |           | Counsel    -via CourtCall
        | ATOSA KHODDAMHAZRATI |
        | VS        | Defendant  FIROUZEH A. SIMAB (X)
        | KEYVAN CHAPCHIAN ET AL | Counsel

**NATURE OF PROCEEDINGS:**

Law Office of Saul Reiss, P.C. are ordered to jointly and severally pay plaintiff by and through plaintiff's counsel of record, monetary sanctions in the amount of $900.00.   Said monetary sanctions are ordered paid within 30 days.  The Court finds that defendant has abused the discovery process.  Code of Civil Procedure Section 2023(d) and (f) and 2025(480)(j).

The Court declines to rule as to the issue of non-parties' attendance at deposition.

Defendants' Ex Parte Application for a Protective Order is GRANTED.  The Court orders that at defendant's deposition, Mr. Rafi Moghadam, is to have no access to any of defendants Ehsan Afaghi and Ace Association, LLC's financial records/condition/information and status disclosed at deposition.  Mr. Rafi Moghadam is ordered to leave the room during these disclosures.  The Court imposes a protective order that the financial information is confidential and for attorney eyes only or expert for plaintiff.  Such financial information and/or documents are not to be disclosed.

The parties are invited to call the courtroom to request the court's assistance with resolving any disputes that may arise out of the October 29th, 2015 deposition.

                        Page    2 of    3    DEPT. 19

| MINUTES ENTERED |
| 10/08/15 |
| COUNTY CLERK |

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 10/08/15

DEPT. 19

HONORABLE STEPHANIE M. BOWICK    JUDGE    I. FLORES    DEPUTY CLERK

HONORABLE 7    JUDGE PRO TEM    ELECTRONIC RECORDING MONITOR

C. LAM, C.A.    Deputy Sheriff    NONE    Reporter

8:30 am BC491601

ATOSA KHODDAMHAZRATI
VS
KEYVAN CHAPCHIAN ET AL

Plaintiff Counsel    FAUD HAGHIGHI (X) -via CourtCall

Defendant Counsel    FIROUZEH A. SIMAB (X)

NATURE OF PROCEEDINGS:

Counsel for defendants is ordered to give notice.

Page    3 of    3    DEPT. 19

MINUTES ENTERED
10/08/15
COUNTY CLERK