# EXHIBIT E

RAFI MOGHADAM (SBN 287769)
LAW OFFICE OF RAFI MOGHADAM
P.O. Box 570014
Tarzana, CA 91357
Tel: (213) 533-2500

Attorney for Plaintiff,
ATOSA KHODDAMHAZRATI

FILED
Superior Court of California
County of Los Angeles

APR 27 2016 ✓

Sherri R. Carter, Executive Officer/Clerk
By _____ Deputy
Katherine McBride

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| ATOSA KHODDAMHAZRATI,<br><br>Plaintiff,<br><br>v.<br><br>KEYVAN CHAPCHIAN, et al.,<br><br>Defendants. | Case No. BC491601<br><br>[*Hon. Margaret L. Oldenorf, Dept. P*]<br>Action Filed:  September 17, 2012<br><br>**OBJECTION TO EHSAN AFAGHI'S PROOF OF SERVICE OF THE ORDER RELIEVING HIM AS COUNSEL** |

TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND COUNSEL:

Plaintiff objects to and moves to strike Ehsan Afaghi's "Proof of Service of Order Granting Attorney's Motion to be Relieved as Counsel". Defendant Afaghi has submitted a legally defective and falsified proof of service for the order relieving him as counsel for NAPOLEON BAKERY, INC. His defective proof of service arrests the order, which is effective upon proper service, and is prejudicial to the plaintiff and to plaintiff's counsel. Plaintiff objects.

1

OBJECTION TO EHSAN AFAGHI'S PROOF OF SERVICE OF ORDER RELIEVING HIM AS COUNSEL

## I.    INTRODUCTION

At commencement of this case in 2012, defendant Ehsan Afaghi appeared as counsel for defendants KEYVAN CHAPCHIAN and NAPOLEON BAKERY, INC., Mr. Chapchian's business. When Mr. Chapchian passed away in March of 2014, defendant Afaghi moved to be relieved as counsel. His motion was granted, but the Court ruled that the order was effective _on completion of service_. (Exh. A ¶ 5(a).) Mr. Afaghi failed to serve the order, preventing it from taking effect. Instead, he attempted service just about a week ago. In his proof of service, defendant Afaghi contends that he mailed a copy of the order on 4/15/16, from Beverly Hills, California, to plaintiff's counsel in Tarzana, California (approximately 19 miles away). There are three problems with Mr. Afaghi's proof of service. First, based on the date of mailing provided in his proof, it took the post office _a week_ to be deliver his documents, which is highly unlikely. More likely is that the date of mailing in incorrect. Second, the metered postage on his envelope contradicts counsel's assertion as he mailed the documents from Beverly Hills, California. Third, and most importantly, because Mr. Afaghi is a defendant in this action, he was not qualified to execute a proof of service, which in turn invalidates his proof of service. In his proof of service, defendant Afaghi falsely states, **under oath**, that he is "not a party to the within action." (Exh. B.) Mr. Afaghi's incapacity to execute a proof of service invalidates service of the order relieving him as counsel. As this affects plaintiff's rights and obligations regarding service of pleadings on adverse parties, plaintiff objects to Mr. Afaghi's defective and falsified proof of service.

## II.    ARGUMENTS

"Successful service by mail requires strict compliance with all statutory requirements, including those set forth in section 1013; the failure to comply deprives a court of jurisdiction to act." (_Lee v. Placer Title Co._ (1994) 28 Cal.App.4th 503, 510 [notice sent in violation of CCP 1013(a) was invalid].) "Thus, 'effective service requires strict compliance with Code of Civil Procedure sections 1012, 1013, and 1013a ....' [Citation.]" (_Silver v. McNamee_ (1999) 69 Cal.App.4th 269, 279.) The court may strike any pleading not filed in conformity with the laws of this state. (Code Civ. Proc. § 436(b).)

///

2

OBJECTION TO EHSAN AFAGHI'S PROOF OF SERVICE OF ORDER RELIEVING HIM AS COUNSEL

### 1.   Mr. Afaghi's Proof of Service is Legally and Factually Defective

The propriety of service by mail is established by Code of Civil Procedure section 1013a:

1013a.  Proof of service by mail may be made by one of the following methods:

(1) An affidavit setting forth the exact title of the document served and filed in the cause, showing the name and residence or business address of the person making the service, showing that he or she is a resident of or employed in the county where the mailing occurs, that he or she is over the age of 18 years *__and not a party to the cause__*, and showing the date and place of deposit in the mail, the name and address of the person served as shown on the envelope, and also showing that the envelope was sealed and deposited in the mail with the postage thereon fully prepaid.

(Code Civ. Proc. § 1013a, emphasis added.)  Here, because Mr. Afaghi *is* "a party to the cause", he is incompetent to effect service.  (Code Civ. Proc. § 1013a; *Silver v. McNamee, supra,* 69 Cal.App.4th at p. 279 [successful service requires strict compliance with CCP 1013a].)  Therefore, his purported service is invalid as a matter of law.

Mr. Afaghi's proof of service is also invalid as a factual matter.  In his declaration, the seasoned attorney states *__under oath__* that he is *__not__* a party to this action.  (Exh. B.)  Mr. Afaghi's testimony clearly is untrue.  Compounding this falsehood, counsel also states that he mailed the documents from "Beverly Hills, California".  (Exh. B.)  However, the Pitney-Bowes postage on his envelope says that it was actually "MAILED FROM 90405", which is Santa Monica, contradicting counsel's testimony.  (Exh. C.)  This contradiction affects the affiant's credibility, which is critically important to assessing on what date he really mailed the Order and its Proof of Service.  Mr. Afaghi's asserts that he mailed the documents on 4/15/16.  (Exh. B.)  However, his documents were received on 4/22/16, seven days later.  (Moghadam Decl. ¶ 2.)  It does not take seven days for a piece of mail travel from Beverly Hills to Tarzana, roughly 19 miles away.  Whether Mr. Afaghi actually mailed the documents on 4/15/16 or at some later date is thus a matter of credibility, and here Mr. Afaghi's testimony has been contradicted twice: (1) by his false assertion that he is not a party to this action and (2) by the fact that the place of mailing asserted in his proof is contradicted with information appearing on the postage for his envelope.

In sum, defendant Afaghi's Proof of Service lacks credibility, and at any rate is invalid as the defendant could not himself effect service.

LAW OFFICE OF RAFI MOGHADAM
P.O. Box 570014, Tarzana, CA 91357
(213) 533-2500

3

**2.    Defendant's Defective Proof of Service is Prejudicial**

The Court ordered plaintiff's counsel to give notice of an upcoming OSC, including to defendant NAPOLEON.  After inquiring about Mr. Afaghi's precise status in this litigation, plaintiff's counsel did so—providing notice to all counsel, including to NAPOLEON's attorney of record, defendant Ehsan Afaghi.  This was on 4/21/16.  (See Notice of Ruling on Defs' Motion for Judgment.)  The next day, counsel received Mr. Afaghi's proof of service, which claims the order relieving him was actually mailed a week earlier, on 4/15/16.  (Moghadam Decl. ¶ 2.)  If Mr. Afaghi's proof of service is invalid, as it plainly appears to be, then plaintiff's counsel complied with the Court's order, because Mr. Afaghi continues to be counsel for NAPOLEON until he properly serves a copy of the Order relieving him as counsel.  (Exh. A ¶ 5.)  If, however, Mr. Afaghi's proof of service were valid, then Mr. Afaghi ceased being NAPOLEON's attorney and NAPOLEON thus arguably has not received notice of the upcoming OSC, forcing plaintiff to spent time and resources locating a serviceable address for NAPOLEON.  Thus, defendant Afaghi's defective proof of service is prejudicial.

The evidence before the Court shows that Mr. Afaghi's proof of service is defective—both legally and factually.  Plaintiff has discharged his obligation to give notice to NAPOLEON and the Court should not undo that effort by overlooking Mr. Afaghi's invalid proof of service.

**III.    CONCLUSION**

For all the reasons given above, plaintiff's objection should be sustained and defendant Afaghi's Proof of Service should be stricken.

DATED:  April 26, 2016                                By: _____
                                                          RAFI MOGHADAM
                                                          Attorney for Plaintiff,
                                                          ATOSA KHODDAMHAZRATI

LAW OFFICE OF RAFI MOGHADAM
P.O. Box 570014, Tarzana, CA 91357
(213) 533-2500

4

## DECLARATION OF RAFI MOGHADAM

I, RAFI MOGHADAM, declare as follows:

1. I am the plaintiff's attorney in this matter. I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could competently testify to them.

2. Attached here as **Exhibit A** is a service copy of the order relieving defendant Afaghi as counsel for Keyvan Chapchian and Napoleon Bakery, Inc. ("Order"). Attached here as **Exhibit B** is a copy of the Proof of Service for the Order. I received both documents, in a single envelope, on 4/22/16.

3. Attached here as **Exhibit C** is a copy of the envelope in which the above-described documents arrived.

4. 90405 is a zip code for Santa Monica, California.

5. Prior to filing this Objection, I asked Mr. Afaghi, through his counsel, to voluntarily withdraw or correct his proof of service. Mr. Afaghi refused.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on April 27, 2016.

RAFI MOGHADAM

*LAW OFFICE OF RAFI MOGHADAM*
*P.O. Box 570014, Tarzana, CA 91357*
*(213) 533-2500*

5

OBJECTION TO EHSAN AFAGHI'S PROOF OF SERVICE OF ORDER RELIEVING HIM AS COUNSEL



51

MC-053

RECEIVED

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Ehsan Afaghi, SBN 92481<br>Law Offices of Ehsan Afaghi<br>170 S. Beverly Drive, Suite 315<br>Beverly Hills, Ca 90212 | JUL 07 2014<br>ROOM 102 |

TELEPHONE NO.: 310/278-8050    FAX NO. *(Optional)*: 310/278-2330

E-MAIL ADDRESS *(Optional)*: afaghi@pacbell.net

ATTORNEY FOR *(Name)*: Defendants Keyvan Chapchian and Napoleon Bakery

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles

STREET ADDRESS: 111 N. Hill Street

MAILING ADDRESS: 111 N. Hill Street

CITY AND ZIP CODE: Los Angeles, CA 90012

BRANCH NAME: Central District - Stanley Mosk Courthouse

**FILED**
Superior Court of California
County of Los Angeles

**JUL 15 2014**

Sherri R. Carter, Executive Officer/Clerk

By _____ Deputy
Denise Gonzalez

C. Chung

| CASE NAME:<br>Atosa Khoddamhazrati v. Keyvan Chapchian, et al | CASE NUMBER:<br>BC491601 |
|---|---|
| **ORDER GRANTING ATTORNEY'S<br>MOTION TO BE RELIEVED AS COUNSEL—CIVIL** | HEARING DATE: July 25, 2014<br>DEPT.: 51    TIME: 8:30 am<br>BEFORE HON.: Mitchell L. Beckloff<br>DATE ACTION FILED: Sept. 17, 2012<br>TRIAL DATE: August 5, 2014 |

1. The motion of *(name of attorney)*:  Ehsan Afaghi
   to be relieved as counsel of record for *(name of client)*:  Keyvan Chapchian and Napoleon Bakery, Inc.
   a party to this action or proceeding, came on regularly for hearing at the date, time, and place indicated above.

2. The following persons were present at the hearing:

**FINDINGS**

3. Attorney has
   a. ☐ personally served the client with papers in support of this motion.
   b. ☐ served client by mail and submitted a declaration establishing that the service requirements of California Rules of Court, rule 3.1362, have been satisfied.

4. Attorney has shown sufficient reasons why the motion to be relieved as counsel should be granted and why the attorney has brought a motion under Code of Civil Procedure section 284(2) instead of filing a consent under section 284(1).

**ORDER**

5. Attorney is relieved as counsel of record for client
   a. ☑ effective upon the filing of the proof of service of this signed order upon the client.
   b. ☐ effective on *(specify date)*:

6. The client's ☐ current ☐ last known    address and telephone number:

If the client's current address is known, service on the client must hereafter be made at that address unless otherwise ordered in item 13. If the current address is not known, service must be made according to Code of Civil Procedure section 1011 (b) and rule 3.252 of the California Rules of Court.

7. a. The next scheduled hearing in this action or proceeding is set for *(date, time, and place)*:
   July 25, 2014, 8:30 a.m. Department "51"

   b. The hearing will concern *(subject matter)*:
   Final Status Conference

---

**NOTICE TO CLIENT**
You or your new attorney, if any, must prepare for and attend this hearing.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
MC-053 [Rev. January 1, 2007]

**ORDER GRANTING ATTORNEY'S
MOTION TO BE RELIEVED AS COUNSEL—CIVIL**

Code of Civil Procedure, § 284;
Cal. Rules of Court, rule 3.1362
www.courtinfo.ca.gov

MC-053

| CASE NAME: | CASE NUMBER: |
|---|---|
| Atosa Khoddamhazrati v. Keyvan Chapchian, et al | BC491601 |

8. The following additional hearings and other proceedings (including discovery matters) are set in this action *(describe the date, time, place, and subject matter of each)*:

August 5, 2014 at 8:30 a.m. in Department "51" - Trial, Mandatory Settlement Conference and OSC re dismissal/sanctions against plaintiff's attorney

9. The trial in this action or proceeding:
   a. ☐ is not yet set.
   b. ☑ is set for *(specify date, time, and place)*:

   August 5, 2014

10. Client is hereby notified of the following effects this order may have upon parties.

---

### NOTICE TO CLIENT

Your present attorney will no longer be representing you. You may not in most cases represent yourself if you are one of the parties on the following list:

- A guardian
- A conservator
- A trustee

- A personal representative
- A probate fiduciary
- A corporation

- A guardian ad litem
- An unincorporated association

If you are one of these parties, **YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARDING LEGAL REPRESENTATION. Failure to retain an attorney may lead to an order striking the pleadings or to the entry of a default judgment.**

---

11. Client is notified that, if the client will be representing himself or herself, the client shall be solely responsible for the case.

---

### NOTICE TO CLIENT WHO WILL BE UNREPRESENTED

You will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.

---

12. Client is notified that it is the client's duty to keep the court informed at all times of the client's current address.

---

### NOTICE TO CLIENT WHO WILL BE UNREPRESENTED

The court needs to know how to contact you. If you do not keep the court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that may adversely affect your interests or result in your losing the case.

---

13. The court further orders *(specify)*:

Date: 7/15/14

_____
JUDGE OR JUDICIAL OFFICER

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 170 S. Beverly Drive, Suite 315, Beverly Hills, California 90212.

On April 15, 2016, I served the foregoing document described as:

**ORDER GRANTING ATTORNEY'S MOTION TO BE RELIEVED AS COUNSEL**

on the interested parties in this action

/ X / by placing /  / the original / X / a true copy thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

/ / (BY CERTIFIED MAIL) I caused such envelope to be mailed via certified mail, return receipt requested, with postage thereon fully prepaid, and to be placed in the United States mail at Beverly Hills, California.

/ X / (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Beverly Hills, California.

/ / (BY PERSONAL SERVICE) I caused such envelope to be personally delivered to the offices of each addressee.

/ / (BY OVERNIGHT DELIVERY) I caused each envelope to be mailed via overnight delivery to each addressee.

/ / (BY EMAIL) I transmitted true copies of the said document by email to the offices of each addressee.

Executed on April 15, 2016, at Beverly Hills, California.

/ X / (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Ehsan Afaghi

-1-

## SERVICE LIST

<u>Atosa Khoddamhazrati v. Keyvan Chapchian, et al</u>
LASC Case Number: BC491601

Rafi Moghadam, Esq.
Law Office of Rafi Moghadam
P.O. Box 570014
Tarzana, Ca 91357

Keyvan Chapchian
10603 Painter Ave.,
Santa Fe Springs, CA 90670

Napoleon Bakery, Inc.
10603 Painter Ave.,
Santa Fe Springs, CA 90670

Saul Reiss, Esq.
Law offices of Saul Reiss, PC
2800 28th Street, Suite 328
Santa Monica, CA 90405



Saul Reiss, SBN 48528
Law Offices of Saul Reiss, P.C.
2800 28th Street, Suite 328
Santa Monica, CA 90405
Tel.: 310/450-2888
Fax.: 310/450-2885
Email: reisslaw@verizon.net

Attorneys for Defendants EHSAN AFAGHI
and ACE ASSOCIATION, LLC

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| ATOSA KHODDAMHAZRATI, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> KEYVAN CHAPCHIAN, an individual and NAPOLEON BAKERY, INC., a California Corporation, and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No.: BC491601 <br> [Assigned to Honorable Margaret L. Oldendorf - Dept. "P"] <br><br> **PROOF OF SERVICE OF ORDER GRANTING ATTORNEY'S MOTION TO BE RELIEVED AS COUNSEL** <br><br> Complaint Filed: September 17, 2012 <br> Trial Date: March 2, 2016 |

-1-

PROOF OF SERVICE OF ORDER GRANTING ATTORNEY'S MOTION TO BE RELIEVED AS COUNSEL

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 170 S. Beverly Drive, Suite 315, Beverly Hills, California 90212.

On April 15, 2016, I served the foregoing document described as:

**ORDER GRANTING ATTORNEY'S MOTION TO BE RELIEVED AS COUNSEL**

on the interested parties in this action

/ X / by placing / / the original / X / a true copy thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

/ / (BY CERTIFIED MAIL) I caused such envelope to be mailed via certified mail, return receipt requested, with postage thereon fully prepaid, and to be placed in the United States mail at Beverly Hills, California.

/ X / (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Beverly Hills, California.

/ / (BY PERSONAL SERVICE) I caused such envelope to be personally delivered to the offices of each addressee.

/ / (BY OVERNIGHT DELIVERY) I caused each envelope to be mailed via overnight delivery to each addressee.

/ / (BY EMAIL) I transmitted true copies of the said document by email to the offices of each addressee.

Executed on April 15, 2016, at Beverly Hills, California.

/ X / (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Ehsan Afaghi

-1-

## SERVICE LIST

Atosa Khoddamhazrati v. Keyvan Chapchian, et al
LASC Case Number: BC491601

Rafi Moghadam, Esq.
Law Office of Rafi Moghadam
P.O. Box 570014
Tarzana, Ca 91357

Keyvan Chapchian
10603 Painter Ave.,
Santa Fe Springs, CA 90670

Napoleon Bakery, Inc.
10603 Painter Ave.,
Santa Fe Springs, CA 90670

Saul Reiss, Esq.
Law offices of Saul Reiss, PC
2800 28th Street, Suite 328
Santa Monica, CA 90405

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 170 S. Beverly Drive, Suite 315, Beverly Hills, California 90212.

On April 15, 2016, I served the foregoing document described as:

**PROOF OF SERVICE OF ORDER GRANTING ATTORNEY'S MOTION TO BE RELIEVED AS COUNSEL**

on the interested parties in this action

/ X / by placing /   / the original / X / a true copy thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

/ / (BY CERTIFIED MAIL) I caused such envelope to be mailed via certified mail, return receipt requested, with postage thereon fully prepaid, and to be placed in the United States mail at Beverly Hills, California.

/ X / (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Beverly Hills, California.

/ / (BY PERSONAL SERVICE) I caused such envelope to be personally delivered to the offices of each addressee. .

/ / (BY OVERNIGHT DELIVERY) I caused each envelope to be mailed via overnight delivery to each addressee.

/ / (BY EMAIL) I transmitted true copies of the said document by email to the offices of each addressee.

Executed on April 15, 2016, at Beverly Hills, California.

/ X / (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Ehsan Afaghi

-1-

## SERVICE LIST

Atosa Khoddamhazrati v. Keyvan Chapchian, et al
LASC Case Number: BC491601

Rafi Moghadam, Esq.
Law Office of Rafi Moghadam
P.O. Box 570014
Tarzana, Ca 91357

Keyvan Chapchian
10603 Painter Ave.,
Santa Fe Springs, CA 90670

Napoleon Bakery, Inc.
10603 Painter Ave.,
Santa Fe Springs, CA 90670

Saul Reiss, Esq.
Law offices of Saul Reiss, PC
2800 28th Street, Suite 328
Santa Monica, CA 90405





02 1P
0001759161   APR 15 2016
MAILED FROM ZIP CODE 90405

$ 000.67⁵

Rafi Moghadam, Esq.
Law Offices of Rafi Moghadam
P.O. Box 570014
Tarzana, CA   91357

9135730014 BO01

<div style="text-align:right; font-style:italic;">
LAW OFFICE OF RAFI MOGHADAM<br>
P.O. Box 570014, Tarzana, CA 91357<br>
(213) 533-2500
</div>

## PROOF OF SERVICE

I am an active member of the State Bar of California and not a party to the within cause.

My business address is 1436 Henry Street #E, Berkeley, California 94709.

On April 27, 2016, I served the following document(s):

**OBJECTION TO EHSAN AFAGHI'S PROOF OF SERVICE OF THE ORDER RELIEVING HIM AS COUNSEL**

☒ **BY U.S. MAIL (C.C.P. 1013a)** by first-class mail in (a) sealed envelope(s), with postage thereon fully prepaid, through the United States Postal Service at Tarzana, California, addressed as follows:

☐ **BY EXPRESS MAIL** via U.S.P.S. Priority Mail Express in Tarzana, California, by placing a true copy of said document(s) in an envelope or package, addressed to the person(s) listed below.

| | |
|---|---|
| Saul Reiss, Esq.<br>LAW OFFICES OF SAUL REISS, P.C.<br>2800 28th Street, Suite 328<br>Santa Monica, CA 90405<br>*Attorneys for Ehsan Afaghi and*<br>*Ace Association, LLC* | Ehsan Afaghi, Esq.<br>LAW OFFICES OF EHSAN AFAGHI<br>2800 28th Street, Suite 328<br>Santa Monica, CA 90405<br>*Attorneys for Napoleon Bakery, Inc.*<br>(Fay Simab indicated Mr. Afaghi would accept<br>service at the above address) |

I certify that the foregoing is true and correct. Executed on April 27, 2016 at Tarzana, California.

RAFI MOGHADAM

OBJECTION TO EHSAN AFAGHI'S PROOF OF SERVICE OF ORDER RELIEVING HIM AS COUNSEL