**EXHIBIT F**

## DECLARATION OF EHSAN AFAGHI

EHSAN AFAGHI DECLARES:

1.    I am an adult competent to testify.  I know the following facts of my own personal knowledge, and could and would testify competently thereto if called as a witness.

2.    I am a Defendant in this action.

3.    I was born on September 9, 1943.

4.    As evidenced by the complaint filed in this action, I have a substantial interest in the action since Ms. Khoddamhazrati is suing me for fraudulent conveyance and seeking substantial damages against me, including punitive damages.

5.    I suffered from colon cancer and underwent surgery for the same.  Ever since, I am under constant monitoring for reoccurrence of the cancer.

6.    I wish to proceed with the trial of this matter before my health deteriorates.

7.    This action was instituted more than three years ago and I believe it should proceed to trial as scheduled.

8.    Plaintiff failed to appear at the previously scheduled trial.

9.    Defendant Mr. Chapchian passed away after Plaintiff's inexcusable failure to appear at the previously scheduled trial and now an essential witness and the party with whom I allegedly engaged in fraudulent conveyance with is no longer alive.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed this 22nd day of September, 2015, at Beverly Hills, California.

Ehsan Afaghi

-11-