**EXHIBIT G**

Saul Reiss, SBN 48528
Law Offices of Saul Reiss, P.C.
2800 28th Street, Suite 328
Santa Monica, CA 90405
Tel.: 310/450-2888
Fax.: 310/450-2885
Email: reisslaw@verizon.net

Attorneys for Defendants EHSAN AFAGHI
and ACE ASSOCIATION, LLC

S FILED
Superior Court of California
County of Los Angeles

SEP 23 2015

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
Ingrid Flores

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

ATOSA KHODDAMHAZRATI, an individual,

Plaintiff,

vs.

KEYVAN CHAPCHIAN, an individual and NAPOLEON BAKERY, INC., a California Corporation, and DOES 1 through 25, inclusive,

Defendants.

Case No.: BC491601

[Assigned to Honorable Stephanie Bowick- Dept. "19"]

1. DEFENDANTS EHSAN AFAGHI AND ACE ASSOCIATION, LLC'S *OPPOSITION TO PLAINTIFF ATOSA KHODDAMHAZRATI'S EX PARTE APPLICATION* COMPELLING DEFENDANT EHSAN AFAGHI'S ATTENDANCE AND TESTIMONY DURING DEPOSITION AND REQUEST FOR SANCTIONS;

2. *EX PARTE APPLICATION* BY DEFENDANTS EHSAN AFAGHI AND ACE ASSOCIATION, LLC FOR A PROTECTIVE ORDER, *OR IN THE ALTERNATIVE*, FOR AN ORDER SHORTENING TIME FOR SERVICE ON DEFENDANTS EHSAN AFAGHI AND ACE ASSOCIATION, LLC'S MOTION FOR A PROTECTIVE ORDER AND REQUEST FOR IMPOSITION OF MONETARY SANCTIONS IN THE AMOUNT OF $3,000 AGAINST PLAINTIFF ATOSA KHODDAMHAZRATI AND HER ATTORNEY OF RECORD, FAUD HAGHIGHI, ESQ. OF THE LAW OFFICES OF FAUD HAGHIGHI, JOINTLY AND SEVERALLY;

DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION AND
DEFENDANTS' EX PARTE APPLICATIONS FOR A PROTECTIVE ORDER AND TRIAL PREFERENCE



) 3. *EX PARTE APPLICATION* BY DEFENDANT
) EHSAN AFAGHI FOR TRIAL PREFERENCE,
) *OR IN THE ALTERNATIVE*, FOR AN ORDER
) SHORTENING TIME FOR SERVICE ON
) DEFENDANT EHSAN AFAGHI'S MOTION
) FOR TRIAL PREFERENCE;
)
) DECLARATIONS OF SAUL REISS AND
) EHSAN AFAGHI IN SUPPORT THEREOF
)
) [Concurrently filed with [Proposed] Order]
)
) Date:        September 23, 2015
) Time:        8:30 a.m.
) Place:       Dept. "19"
)
) Complaint Filed:    September 17, 2012
) FSC:                Nov. 6, 2015
) Trial Date:         Nov. 19-20, 2015

Defendants Ace Association, LLC and Ehsan Afaghi ("Defendants") hereby submit their Opposition to Plaintiff ATOSA KHODDAMHAZRATI'S ("Ms. Khoddamhazrati") Ex Parte Application Compelling Defendant Ehsan Afaghi's ("Mr. Afaghi") Attendance and Testimony during Deposition and Request for Sanctions.

Defendants hereby submit their Ex Parte Application for a Protective Order Excluding Non-Parties and their Counsel from Appearing at Depositions, Preventing the Parties and their Counsel in this Action from Disclosing to and/or Sharing the Contents of the Deposition Transcripts and Deposition Videotapes and Discovery Responses to Non-Parties and their Counsel, *or in the alternative*, for an Order Shortening Time for Service on Defendants' Motion for a Protective Order Excluding Non-Parties and their Counsel from Appearing at Depositions, Preventing the Parties and their Counsel in this Action from Disclosing to and/or Sharing the Contents of the Deposition Transcripts and Deposition Videotapes and Discovery Responses to Non-Parties and their Counsel and Defendants' Request for Imposition of Monetary Sanctions in the amount of $3,000 against Ms. Khoddamhazrati and her attorney of record, Faud Haghighi, Esq. of Law Offices of Faud Haghighi, jointly and severally.

DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION AND
DEFENDANTS' EX PARTE APPLICATIONS FOR A PROTECTIVE ORDER AND TRIAL PREFERENCE

Mr. Afaghi hereby submits his Ex Parte Application for Trial Preference, *or in the alternative,* for an Order Shortening Time for Service on Mr. Afaghi's Motion for Trial Preference.

The exigencies requiring that these applications be brought on an ex parte basis at this time are that the trial of this matter is scheduled on November 19 and 20, 2015. The first available date on the Court's calendar for a noticed motion is November 19, 2015. In addition, it is clear that Ms. Khoddamhazrati will be seeking and deposing Mr. Afaghi (and maybe Ace) shortly, therefore, a protective order is necessary before the deposition(s) is/are noticed and conducted.

As to Mr. Afaghi's Ex Parte Application for trial preference, as set forth above, Mr. Afaghi is over 72 years of age and is in bad health, therefore, Mr. Afaghi is entitled to a trial preference. Furthermore, this action has been pending for over three years and the trial should proceed as scheduled.

Defendants seek a protective order prohibiting Ms. Khoddamhazrati and her counsel, Mr. Haghighi, from allowing any non-parties and their counsel, including but not limited to Mr. Moghadam, to be present at the depositions of Defendants. The request is based on the grounds that the attendance of non-parties and their counsel at depositions constitutes an undue annoyance, embarrassment or oppression since Defendants will be subjected to questions by non-parties and their counsel and disclosure of sensitive and confidential financial information. Additionally, Ms. Khoddamhazrati and her counsel, Mr. Haghighi's behavior makes the deposition process tantamount to a public forum. Mr. Moghadam has already made it clear that he thinks he is entitled to sit in any deposition regardless of the subject matter and disrupt the same.

This Opposition and these Ex Parte Applications are based upon these Ex Parte Applications, the attached Memorandum of Points and Authorities, the Declarations of Saul Reiss and Ehsan Afaghi submitted herewith and all pleadings and papers on file in this action and upon such further oral and documentary evidence as may be presented at the hearing.

///

///

///

Dated: September 22, 2015

LAW OFFICES OF SAUL REISS, P.C.

Saul Reiss

Saul Reiss, Esq.
Attorney for Defendants
ACE ASSOCIATION, LLC and
EHSAN AFAGHI