UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
:                   No. 21 Civ. 4161 (LDH) (PK)
:
In re Piedmont Lithium Inc. Securities          :    **NOTICE OF MOTION**
Litigation                                      :
:                   Date of Service: July 18, 2022
:
:                   ORAL ARGUMENT REQUESTED
:
---------------------------------------------------------x

     **PLEASE TAKE NOTICE** that, upon the accompanying Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Amended Class Action Complaint, dated July 18, 2022, together with Appendix A thereto, and the accompanying declaration of David P. Salant, dated July 18, 2022, together with the exhibits thereto, Defendants Piedmont Lithium, Inc., Keith Phillips, and Bruce Czachor ("Defendants"), by and through their undersigned counsel, move this Court before the Honorable LaShann DeArcy Hall, United States District Judge, in Courtroom 4H North of the Theodore Roosevelt United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, on a date and time to be determined by the Court, to dismiss with prejudice the Amended Class Action Complaint in this action.

     Pursuant to this Court's scheduling order of June 16, 2022, Plaintiff's Opposition is due on August 18, 2022, and Defendants' Reply is due on September 19, 2022.

Dated: July 18, 2022
New York, New York

        Respectfully submitted,

        GIBSON, DUNN & CRUTCHER LLP

        By: _/s/ Marshall R. King_

            Marshall R. King
            David P. Salant

        200 Park Avenue
        New York, NY 10166-0193
        Telephone: 212.351.4000
        Email: mking@gibsondunn.com
                dsalant@gibsondunn.com

        *Attorneys for Defendants Piedmont Lithium, Inc., Keith Phillips, and Bruce Czachor*